# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __23-10459__

__Andrew H. Warren__ vs. __Ron DeSantis__

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

__Andrew H. Warren__

These individuals/entities are:

[✔] appellant(s)   [ ] petitioner(s)   [ ] intervenor(s)
[ ] appellee(s)    [ ] respondent(s)   [ ] amicus curiae

[ ] The following related or similar cases are pending in this court:

[✔] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __District of Columbia__     State Bar No.: __1030615__

Signature: __/s/ David A. O'Neil__
Name (type or print): __David A. O'Neil__     Phone: __(202)383-8000__
Firm/Govt. Office: __Debevoise & Plimpton LLP - Washington, DC__     E-mail: __daoneil@debevoise.com__
Street Address: __801 Pennsylvania Avenue NW Suite 500__     Fax: __(202)383-8118__
City: __Washington__     State: __D.C.__     Zip: __20004__

Revised 12/21

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I served a true and correct copy of the foregoing document via electronic mail to Defendant-Appellant's counsel listed below:

Jeff Aaron
George T. Levesque
Gray Robinson, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
850.577.9090
George.levesque@gray-robinson.com
Jeff.Aaron@gray-robinson.com

Henry C. Whitaker
Jeffrey Paul DeSousa
David Costello
James Percival
Natalie Christmas
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
850.414.3300
Henry.Whitaker@myfloridalegal.com
Jeffrey.DeSousa@myfloridalegal.com
David.Costello@myfloridalegal.com
James.Percival@myfloridalegal.com
Natalie.Christmas@myfloridalegal.com

**DEBEVOISE & PLIMPTON LLP**

/s/ *David A. O'Neil*
David A. O'Neil
801 Pennsylvania Ave. NW,
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com