UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

|  |  |  |
|---|---|---|
| ANDREW WARREN , | ) ) ) | |
| Appellant, | ) | No. 23-10459 |
| -against- | ) ) | |
| RON DESANTIS, individually and in his official capacity as Governor of the State of Florida, | ) ) ) ) | |
| Appellee. | | |

## DECLARATION OF DAVID O'NEIL IN SUPPORT OF PLAINTIFF-APPELLANT'S MOTION TO EXPEDITE APPEAL

I, David O'Neil, declare as follows:

1.  I am an attorney duly licensed to practice in Washington, D.C. and admitted to this Court.  I am a partner at Debevoise  & Plimpton, LLP and counsel of record for Plaintiff-Appellant Andrew Warren.

2.  I make this declaration on personal knowledge and on the record of this litigation in support of Appellant's Motion to Expedite this Appeal.

3.  Attached as **Exhibit 1** is a true and correct copy of Letter from Andrew H. Warren to Ron DeSantis on Executive Order #22-176, dated January 25, 2023.

4.      Attached as **Exhibit 2** is a true and correct copy of a WUSF Public Media article by Valerie Crowder, titled *DeSantis says he won't reinstate suspended Hillsborough prosecutor Andrew Warren*, dated January 26, 2023, available at https://wusfnews.wusf.usf.edu/politics-issues/2023-01-26/desantis-says-he-wont-reinstate-suspended-hillsborough-prosecutor-andrew-warren.

5.      Attached as **Exhibit 3** is a true and correct copy of  is a true and correct copy of a WUSF Public Media article by Steve Newborn, titled *Stetson professor calls Andrew Warren's suspension a 'rule of politics' instead of a rule of law*, dated August 15, 2022, available at

https://wusfnews.wusf.usf.edu/politics-issues/2022-08-15/stetson-professor-andrew-warren-suspension-rule-of-politics-instead-rule-of-law.

6.      Attached as **Exhibit 4** is a true and correct copy of a Fox 13 Tampa Bay article by the Fox 13 News Staff, titled *Warren vs. DeSantis: Ousted Florida state attorney cannot legally be reinstated by U.S. court, judge rules*, dated January 20, 2023, available at https://www.fox13news.com/news/warren-vs-desantis-ousted-florida-state-attorney-cannot-legally-be-reinstated-by-u-s-court-judge-rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 14th day of February.

**DEBEVOISE & PLIMPTON LLP**

*/s/ David A. O'Neil*

David A. O'Neil
801 Pennsylvania Ave. NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Counsel for Plaintiff-Appellant Andrew Warren*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I served a true and correct copy of the foregoing document via electronic mail to Defendant-Appellee's counsel listed below:

Jeff Aaron
George T. Levesque
Gray Robinson, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
(850) 577-9090
George.levesque@gray-robinson.com
Jeff.Aaron@gray-robinson.com

Henry C. Whitaker
Jeffrey Paul DeSousa
David Costello
James Percival
Natalie Christmas
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
Henry.Whitaker@myfloridalegal.com
Jeffrey.DeSousa@myfloridalegal.com
David.Costello@myfloridalegal.com
James.Percival@myfloridalegal.com
Natalie.Christmas@myfloridalegal.com

**DEBEVOISE & PLIMPTON LLP**
By: /s/ David A. O'Neil
David A. O'Neil
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

# EXHIBIT 1

January 25, 2023

Andrew H. Warren
c/o David A. O'Neil, Esq.
801 Pennsylvania Ave. N.W.
Washington, DC 20004

Hon. Ron DeSantis, Governor of the State of Florida
c/o Ryan Newman, General Counsel to the Governor
400 South Monroe St.
Tallahassee, Florida 32399

*Via Electronic Delivery*

     RE:    Executive Order #22-176

Governor DeSantis:

     As Florida's governor, you are required to faithfully execute the laws of the state. On August 4, 2022, you suspended me from my position as Hillsborough County's twice-elected state attorney on the premise of alleged neglect of duty and incompetence. After a full and fair trial concerning my suspension, with unlimited time and the full array of federal discovery available to your office to demonstrate otherwise, a United States District Court has emphatically stated that I had executed my duties under the law without a hint of misconduct and that my suspension violates the United States and Florida Constitutions. Accordingly, pursuant to your oath of office to uphold both constitutions and your solemn duty to execute Florida law faithfully—including your power to suspend elected officials—I respectfully request that you voluntarily reinstate me as Hillsborough County's duly elected state attorney for the remainder of my four-year term without further delay.

     Faithful execution of the law depends on faithful recognition of the facts. And a nonpartisan finder of fact has found the allegations within Executive Order #22-176 to be inaccurate.

     Factually, the Court has confirmed that the allegation that "Mr. Warren had blanket policies not to prosecute certain kinds of cases … was false." (Order on the Merits, Jan. 20, 2023, p.1) The Court further found that my office "had no blanket nonprosecution policies" and that "[a]ny minimally competent inquiry would have confirmed this." (Order at p.15)

     Factually, the Court has confirmed that discretion was a bedrock of my office's approach to the prosecutorial function, with each and every case being evaluated on its individual merit. To quote the Court: "Mr. Warren's well-established policy, followed in every case by every prosecutor in the office, was to exercise prosecutorial discretion at every stage of every case. Any reasonable investigation would have confirmed this." (Order at p.1) The Court further stated that your office "has been unable to identify even a single case in which discretion was not exercised." (Order at p.53)

     Factually, the Court has confirmed that I never committed to not prosecute abortion cases, or any other cases of any kind. As the Court concluded:

> Just four days [after the Supreme Court's *Dobbs* decision], Mr. Warren made clear in an interview on local television station FOX-13 that he would exercise discretion whether to prosecute any abortion case that came to the office—none ever had—just as the office exercised discretion in every other case of every other kind. (Order at p.19)

Factually, the Court has confirmed that I did not neglect my duty or was incompetent as state attorney. As the Court concluded:

> The record includes not a hint of misconduct by Mr. Warren. So far as this record reflects, he was diligently and competently performing the job he was elected to perform, very much in the way he told voters he would perform it. He had no blanket nonprosecution policies. Any minimally competent inquiry would have confirmed this. The assertion that Mr. Warren neglected his duty or was incompetent is incorrect. This factual issue is not close. (Order at p.15)

In August of 2022, when you ordered my suspension, you and others in your office may not have known all the facts about how my office functioned. But now, in January of 2023, you know the facts. Exhaustive discovery, taken under oath and under penalty of perjury, was undertaken. A federal trial under the same oath and penalty was conducted. The facts are now known, and the Court's findings are clear: I engaged in zero misconduct; the allegations in the Executive Order are false; and the suspension violates federal and state law.

As Justice Clarence Thomas has observed, faithfully executing the law "[s]peaks of duty, not power." It means executing the law with "[f]idelity to the law itself, not to [. . .] policy preference."

Duty requires you to accept the Court's findings that the Executive Order is illegal, even if that finding is perhaps unwelcome.

It is true that we are members of different political parties with different opinions on policy. But we have each sworn identical oaths as elected officials in service of the State of Florida and as members of the Florida Bar. Our oaths mandate that we maintain the respect due to courts of justice, and support the constitutions of both the State of Florida and the United States of America. After a full and fair trial, a court of law has determined that Executive Order #22-176 violates these very laws we both have sworn to uphold. In deference to federalism, the Court declined to compel that order to be involuntarily rescinded. But the Court has invited you to voluntarily rescind the order. As the Court wrote, if your motivation in suspending me was as you claimed—based on the belief that I had blanket nonprosecution policies that has now been proven false—then you "can easily set it right." (*Id.*) The Court recognized that you will do just that "[i]f the facts matter" (Order at p.53)

And the facts do matter. Faithful execution of the law depends on faithful recognition of the facts. Accordingly, I ask that you lead through deeds, not words, and voluntarily rescind Executive Order #22-176. Further delay would be unnecessary and wasteful; it would deprive the

residents of Hillsborough County their duly elected state attorney, cost taxpayer resources, clog our overburdened courts, and jeopardize every prosecution in the Thirteenth Judicial Circuit handled by an interim state attorney who lacks valid authority because she was appointed as part of my illegal suspension. I ask that you resolve this matter by restoring me to the office the voters of Hillsborough County have twice-elected me to hold for the remainder of my four-year term.

Though we may continue to disagree on matters of policy, let us show the nation, together, that you will honor your oath of office and that you believe what you said on the day you announced my suspension: that the State of Florida continues to be a government of laws, not a government of men.

Respectfully,

Andrew H. Warren
State Attorney, Thirteenth Judicial Circuit

Enclosure:

○ Order on the Merits, *Andrew H. Warren v. Ron DeSantis*, Case No. 4:22cv302-RH-MAF (Jan. 20, 2023)

# EXHIBIT 2

WUSF
Public Media

Donate

# DeSantis says he won't reinstate suspended Hillsborough prosecutor Andrew Warren

**WFSU | By Valerie Crowder**

Published January 26, 2023 at 6:55 AM EST





*Valerie Crowder  /  WFSU News*

Former Hillsborough State Attorney Andrew Warren speaks outside the U.S. District Courthouse in Tallahassee, Florida following a hearing on Monday, Sept. 19, 2022.

## Former Hillsborough County State Attorney Andrew Warren won't get his job back after asking Gov. Ron DeSantis to reinstate him in a letter this week.

Former Hillsborough County State Attorney Andrew Warren has sent a letter to Gov. Ron DeSantis asking for his job back after a federal judge found the governor had violated Warren's free speech rights.

"The judge's ruling is crystal clear: the governor's accusations against me were totally

WUSF
BBC Newshour

you ask anyone who believes in the rule of law, they'll tell you what the governor should do is obvious."

U.S. District Judge Robert Hinkle issued a ruling that found DeSantis had violated the state constitution and the U.S. constitution when he removed Warren from his post.

DeSantis suspended Warren in August, a couple months after the former state attorney signed a joint-statement with prosecutors from across the U.S. promising to "refrain from prosecuting those who seek, provide, or support abortions."

It came after the U.S. Supreme Court overturned its 1973 decision in Roe v. Wade guaranteeing a constitutional right to an abortion in Dobbs v. Jackson Women's Health Organization.

Warren signed another statement in June 2021, pledging not to criminalize people who seek transgender-related medical treatments.

Both statements were published online by Fair and Just Prosecution, a network of prosecutors "committed to promoting a justice system grounded in fairness, equity, compassion, and fiscal responsibility."

Warren noted in his letter to DeSantis that Judge Hinkle found "not a hint of misconduct" on behalf of Warren and that his office "had no blanket nonprosecution policies," despite the governor's assertion that Warren intended to not carry out his duty to prosecute violations of state law.

Hinkle said that he lacked the authority as a federal judge to reinstate a state official, even though he found DeSantis had violated Warren's constitutional right to free speech.

Gov. Ron DeSantis' Deputy Press Secretary Jeremy Redfern issued the following statement in response to the Warren's letter:

*"Andrew Warren, of all people, should understand the distinction between legal dicta and the holding of a court's decision.*

*The failures that motivated the suspension were Mr. Warren's actual performance—not*

*Mr. Warren signed a statement refusing to prosecute the laws of the land. Thus, the governor removed Mr. Warren for neglect of duty and incompetence. Public prosecutors cannot pick and choose which laws to enforce.*

*In its lengthy opinion, the Court attempted to usurp the Florida Senate's constitutional authority to make a determination on Mr. Warren's neglect of duty and incompetence. It is the Florida Senate that is to rightly serve as the ultimate factfinder in this case.*

*We do not agree with the Court's dicta, which are merely opinions, and need not address them since the Court ultimately determined it lacked jurisdiction and thus ruled in favor of the governor. Mr. Warren remains suspended from the office he failed to serve."*

Copyright 2023 WFSU. To see more, visit WFSU.

**Tags**   Politics / Issues    Ron DeSantis    Andrew Warren    First Amendment

Robert Hinkle



## Valerie Crowder

Valerie Crowder is a freelance reporter based in Panama City, Florida. Before moving to Florida, she covered politics and education for Public Radio East in New Bern, North Carolina. While at PRE, she was also a fill-in host during All Things Considered. She got her start in public radio at WAER-FM in Syracuse, New York, where she was a part-time reporter, assistant producer and host. She has a B.A. in newspaper online journalism and political science from Syracuse University. When she's not reporting the news, she enjoys reading classic fiction and thrillers, hiking with members of the Florida Trail Association and doing yoga.

See stories by Valerie Crowder

# EXHIBIT 3



Donate

# Stetson professor calls Andrew Warren's suspension a 'rule of politics' instead of a rule of law

**WUSF Public Media - WUSF 89.7 | By Steve Newborn**

Published August 15, 2022 at 5:00 AM EDT

LISTEN • 4:19



*Steve Newborn / WUSF Public Media*

Hillsborough State Attorney Andrew Warren is shown during his Aug. 3 news conference in Tampa after his suspension was announced.

## Louis Virelli says the suspension by Gov. Ron DeSantis was premature and created to send a chilling effect to other elected officials.

The suspension of Hillsborough State Attorney Andrew Warren by Gov. DeSantis is unprecedented in recent Florida history.

WUSF
**BBC Newshour**

That's according to Louis Virelli, a professor at Stetson University College of Law in Gulfport.

He says the closest example is when then-Gov. Rick Scott suspended Aramis Ayala — who is now running for Florida Attorney General — as state attorney in Orlando from prosecuting any death penalty cases because of her opposition to that law.

Virelli spoke with Steve Newborn about the implications of Warren's suspension.

**How unprecedented is the suspension of Andrew Warren as Hillsborough State Attorney?**

My understanding that it's extraordinarily rare. Prior to 2017, when Gov. Scott suspended State Attorney (Aramis) Ayala in Orlando, this is an example of one elected official taking power from another, and the fact that they are both elected is important here.



WUSF
**BBC Newshour**

It is very common in American government, for a governor or the president, the chief executive, to be able to fire people who are in their Cabinet, for example. The state attorney does not work for Gov. DeSantis, the state attorney is elected by the people in that county. When we have elections in America, the general understanding is that people are who are elected are elected to do that job unless something dramatic goes wrong.

It's very difficult, from my perspective, to see what Andrew Warren did, as the kind of neglect or dereliction of duty, that should undo an election. The people of Hillsborough County are perfectly entitled to choose someone else.

**He was suspended for saying that he wasn't going to try certain cases, rather than a result of him actually declining to prosecute cases involving the state's new laws on abortion or medical treatment for transgender people. It's an attack on free speech, basically?**

It's unquestionably an attack on speech. Your point is well taken. He was suspended on speculation, which makes the governor's decision even more suspect that there wasn't any documented failure to enforce any law on the books yet, by State Attorney Warren. The fact that he said he was inclined not to exercise his discretion — which by the way, he's legally entitled to his discretion when he makes prosecutorial decisions — I suppose could lead to some dereliction of duty over time. But to do this now looks very much like the opposite of a rule of law decision. It looks like a rule of politics decision.

---

*"Gov. DeSantis knows that state Attorney Warren has the inherent power and the obligation to make choices. The choices he has announced haven't even been made yet. This seems at best premature and really like an interference with the electoral process."*

- Stetson Law Professor Louis Virelli

WUSF
BBC Newshour

**Where does it go from here? My understanding is it might go to the Florida Senate, which is highly unlikely to override the governor because it's controlled by Republicans as well, or the courts. What kind of recourse does he have here?**

Well, the Senate does have the ability to reinstate him under the Florida Constitution. But you're right, that looks politically difficult. The courts, of course, could read the Constitution to not include suspension on these grounds, to say that suspension was unwarranted. But again, if we get to the Florida Supreme Court, we're dealing with a court that's overwhelmingly appointed by the very governor who made this decision. This is the difficulty with one-party rule. And it's the difficulty with rule by an executive that sees their role as singular in running the state.

The state attorney's job is to represent the people who elected him. Is it possible for him to neglect that duty? Yes. Has he done that yet? I think almost certainly not. And is the governor's choice to suspend him a rule of law decision? I think it's the opposite. I think, as a matter of law, prosecutors make choices. I imagine when you're speeding down I-4, and so is the car next to you, and only one of you gets pulled over? Well, that's a decision as to which person who may or may not have broken the law gets prosecuted. That is the nature of law enforcement.

Gov. DeSantis knows that State Attorney Warren has the inherent power and the obligation to make choices. The choices he has announced haven't even been made yet. This seems at best premature and really like an interference with the electoral process. If the people at Hillsborough County are unhappy, they can elect someone else.

---

*"State Attorney Warren wasn't even given the opportunity to fail at anything. He was suspended. I think it's an exercise of power by the governor to send a message."*

- Louis Virelli

---

**Professor Virelli, do you believe that the Andrew Warren suspension is going to create a chilling effect for other elected officials and make them maybe be afraid to speak**

I think it's intended to create a chilling effect. I think that's why this was done so early in the process, right? State Attorney Warren wasn't even given the opportunity to fail at anything. He was suspended. I think it's an exercise of power by the governor to send a message.

And it's also important to note that the abortion law that State Attorney Warren mentioned in his policy statement is still under debate in the Florida courts, and under current Florida law is clearly unconstitutional. That doesn't mean that the Florida Supreme Court won't uphold the 15-week ban. But under clear Supreme Court precedent in Florida, that law is unconstitutional in Florida right now. So for him to say," I'm going to act like the current Florida constitutional law holds," is not a dereliction of duty. It might be a disagreement with the governor, but it's not a dereliction of duty.

So it's important that people understand that the default position for the Florida abortion ban is that it's unconstitutional under the Florida Constitution as it has been read by the courts. That might change, but it has not changed yet. And I think for State Attorney Warren's take a position on the constitutionality of that, that's so clearly supported by precedent, is not unreasonable at all.

*The goal of our democracy team at WUSF News is to provide you with accurate, honest journalism to empower and inform you about voting and elections.*

*Our journalists are independent, curious, respectful, and accountable to you. We're committed to keeping you at the center of this conversation on democracy, staying in touch through surveys, social media, and in-person events. We won't be chasing politicians, but instead we'll tell stories based on the* questions you want answered.

**Tags**   Politics / Issues     Andrew Warren     Ron DeSantis     Stetson Law

free speech



# EXHIBIT 4

Watch Live

# Warren vs. DeSantis: Ousted Florida state attorney cannot legally be reinstated by U.S. court, judge rules

By FOX 13 news staff  |  Published January 20, 2023  |  Updated 6:08PM  |  Andrew Warren  |  FOX 13 News  |

**Warren has options after judge rules for DeSantis**

Gloria Gomez reports

---

**TAMPA, Fla.** - Months after Florida's governor shocked the Tampa Bay region with his decision to suspend Andrew Warren from office, a federal judge ultimately dismissed the former Hillsborough state attorney's lawsuit against Gov. Ron DeSantis, saying this is a state matter.

In the filing, Judge Robert Hinkle pointed out that DeSantis violated the First Amendment by "considering Mr. Warren's speech on matters of public opinion." He added that while the suspension did violate the Florida Constitution, the case isn't under his jurisdiction.

The judge cites the 11th Amendment as his reason for dismissing the lawsuit in his court.

**Full press conference: Andrew Warren says fight against being fired "not over"**

The ousted Florida state attorney could not legally be reinstated by a U.S. court judge, but Andrew Warren said the fight isn't over.

---

"Bottom line, it said that there were some violations of the feder the governor, but those violations did not rise to a level where th warranted a ruling in the governor's favor," explained Bjorn Brur

defense attorney who practices in Tampa Bay, who is not connected to the case. "Then, he said that under state law, there were some significant violations that may rise to that level, but he can't do it. The 11th amendment basically prohibits him from issuing a declaratory or injunctive relief on state law for a public official."

During a press conference Friday, after the ruling was released, Warren vowed to continue his fight.

"The judge wrote, 'If the facts matter, the governor can simply rescind the suspension.' Let's see if the governor actually believes in the rule of law. Let's see if the governor actually is a man of his word. Let's see what kind of man the governor actually is," Warren said.

Brunvand said the judge's decision boils down to this:

"He's saying, '[DeSantis], you've been a bad boy. You violated the constitution. You did some things you shouldn't have done, but my hands are tied and I can't do anything about it.'"

Warren has options for his next move. He can file a lawsuit in state court or go to the 11th Circuit Court of Appeals in Atlanta.

Or he can run for re-election.

Which avenue Warren intends to pursue is unclear, but he vowed to press forward, ending his press conference saying "This is not over."

*More below*

**READ: The court filing from the judge here**

Brunvand said his best chance was probably in front of the federal district court and thinks Warren's defense team is weighing whether they should appeal. In his opinion, Brunvand doesn't think Warren has a "great chance to win" given that the appeals court is conservative-leaning.

"What's troubling to me is what might happen down the road," Brunvand offered. "Is this going to be a pattern where the governor disagrees with certain aspects of what a prosecutor does, where they come in and remove them? It's a troubling pattern. I think Andrew Warren was doing a great job. I think the current prosecutor is doing a great job. But the idea of the governor coming in and removing a prosecutor is frightening and could have a real chilling effect on having independent decisions."

If the defense team does decide to file a lawsuit in Florida court, they have the federal district judge's ruling.

"The state court could recognize it and act on it if they make the decision to challenge in state court," Brunvand said.

The decision comes after a one-week trial in early December and five months after Gov. Ron DeSantis removed Warren from the job, citing "neglect of duty" after the twice-elected state attorney signed pledges not to prosecute cases involving abortion and gender-affirming care.

"The role of the state attorney is to apply the law and enforce the law, not pick and choose which laws you like and which laws you don't like," the governor said at the time. "This is a law and order state. We're not going to back down from that one inch. We're not going to allow locally-elected people to veto what our state has decreed through our legislative process."

Warren called his suspension unconstitutional, adding the gover
the grounds to toss him out in the first place. The suspended sta

he was fired for something he said, not something he did. No case involving those issues ever made it to his desk.

**RELATED: [Hillsborough State Attorney pledges not to press charges against abortion patients, doctors](#)**

Warren went further by saying he feels the governor was just trying to punish him for speaking out, violating his First Amendment rights.

So, he sued to get his job back. During his testimony, Warren testified that on Aug. 4, he got an email from the governor's office stating, "You have been suspended." Warren said he rushed back to his office and alerted his chief of staff of the email.

**PREVIOUS: [DeSantis criticized by dozens of former judges, prosecutors, police chiefs over Andrew Warren's suspension](#)**

Minutes later, there was a knock at his door. A man who introduced himself as Larry Keefe, the governor's public safety czar, as well as two Hillsborough deputies, showed up to escort him out of his office. Warren said he was handed a written order by the governor but wasn't given time to read it.

During opening statements, DeSantis' legal team told the judge that Warren was suspended for neglect of duty and incompetence. Emails between DeSantis' staff were also presented in court, including a celebratory exchange after the suspension for the free media the move had garnered, totaling over 2.4 million.

**Full press conference: Florida Gov. DeSantis announces suspension of Hillsborough State Attorney Andrew Warren**

Florida Gov. Ron DeSantis and Attorney General Ashley Moody announced the suspension of Hillsborough State Attorney Andrew Warren, effe for refusing to enforce Florida law.

**FROM AUGUST: Gov. DeSantis suspends Hillsborough State Attorney Andrew Warren for 'neglect of duty'**

Later, a video clip of Tucker Carlson and DeSantis was played for the judge. In the FOX interview, the governor refers to Warren as a "Soros prosecutor" who picks and chooses what laws to enforce. He's referring to billionaire Democratic donor George Soros, who is often a political target for conservatives.

Warren's team also played a FOX 13 News clip — the only TV interview he gave after signing the abortion pledge. In the story, Warren pointed out the pledge he signed was a "value" statement, not a blanket policy. He said each case would be evaluated on a case-by-case situation on the facts and the merits.

**RELATED**: **What does 'woke' mean? Gov. DeSantis officials answer during Andrew Warren trial**

However, when Gary Weisman, the chief of staff for the Hillsborough State Attorney's Office took the stand on Thursday, he testified that he believed the pledge was a policy. The bench trial lasted for a week.

**FROM NOVEMBER: Acting Hillsborough State Attorney speaks on last 4 months, Warren v. DeSantis trial**

DeSantis appointed an acting state attorney, Suzy Lopez. When she stepped into the role, she began quickly setting a tone. She sent out a memo to her team of prosecutors announcing rollbacks. Certain policies her predecessor, Warren, had in place were gone. Prosecuting bike and pedestrian stops were back on the table.