# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

__Warren__ *vs.* __DeSantis__   Appeal No. __23-10459__

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Please see the list attached

Rev.: 12/20

*Warren v. DeSantis*
**Docket No. 23-10459**

# CERTIFICATE OF INTERESTED PERSONS

Plaintiff Appellant certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1:

1. Aaron, Jeffrey M., *Attorney for Defendant-Appellee*

2. Cabou, Jean-Jacques, *Attorney for Plaintiff-Appellant*

3. Casselman, Margo R., *Attorney for Plaintiff-Appellant*

4. Christmas, Natalie, *Attorney for Defendant-Appellee*

5. Costello, David M., *Attorney for Defendant-Appellee*

6. Danneman, Alexis, *Attorney for Plaintiff-Appellant*

7. Debevoise & Plimpton, LLP, *Attorneys for Plaintiff-Appellant*

8. DeSantis, Ron, *Defendant-Appellee*

9. DeSousa, Jeffrey P., *Attorney for Defendant-Appellee*

10. Florida Office of the Attorney General, *Attorneys for Defendant-Appellee*

11. Gray Robinson, P.A., *Attorneys for Defendant-Appellee*

12. Grouev, Zachary, *Attorney for Defendant-Appellee*

13. Hinkle, Robert L., *District Court Judge*

14. Levesque, George T., *Attorney for Defendant-Appellee*

15. Lopez, Susan, *Interested party*

16. Moody, Ashley, *Attorney for Defendant-Appellee*

17. Newton, Matthew T., *Attorney for Plaintiff-Appellant*

18. Older, Lundy, Koch & Martino, *Attorneys for Plaintiff-Appellant*

19. O'Neil, David A., *Attorney for Plaintiff-Appellant*

20. Percival, James H., *Attorney for Defendant-Appellee*

21. Perkins Coie LLP, *Attorneys for Plaintiff-Appellant*

22. Schenck, Robert S., *Attorney for Defendant-Appellee*

23. Singer, David B., *Attorney for Plaintiff-Appellant*

24. Singh, Samantha B., *Attorney for Plaintiff-Appellant*

25. Swain, Alexandra P., *Attorney for Plaintiff-Appellant*

26. Warren, Andrew, *Plaintiff-Appellant*

27. Whitaker, Henry C., *Attorney for Defendant-Appellee*

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: February 14, 2023

**DEBEVOISE & PLIMPTON LLP**
*/s/ David A. O'Neil*

David A. O'Neil
801 Pennsylvania Ave. NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Counsel for Plaintiff-Appellant Andrew Warren*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I served a true and correct copy of the foregoing document via electronic mail to Defendant-Appellee's counsel listed below:

Jeff Aaron
George T. Levesque
Gray Robinson, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
(850) 577-9090
George.levesque@gray-robinson.com
Jeff.Aaron@gray-robinson.com

Henry C. Whitaker
Jeffrey Paul DeSousa
David Costello
James Percival
Natalie Christmas
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
Henry.Whitaker@myfloridalegal.com
Jeffrey.DeSousa@myfloridalegal.com
David.Costello@myfloridalegal.com
James.Percival@myfloridalegal.com
Natalie.Christmas@myfloridalegal.com

**DEBEVOISE & PLIMPTON LLP**
By: /s/ David A. O'Neil
David A. O'Neil
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com