Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-10459

Caption:
Andrew H. Warren
      Plaintiff-Appellant,
v.
Ron DeSantis,
      Defendant-Appellee.

District and Division: Northern District of Florida, Tallahassee Division
Name of Judge: Robert L. Hinkle
Nature of Suit: First Amendment
Date Complaint Filed: August 17, 2022
District Court Docket Number: 4:22cv302-RH/MAF
Date Notice of Appeal Filed: February 14, 2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | David A. O'Neil | Debevoise & Plimpton, LLP<br>801 Pennsylvania Ave NW, Suite 500<br>Washington, DC 20004 | Tel: (202) 383-8040<br>Fax: (202) 383-8118<br>Email: daoneil@debevoise.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Henry Charles Whitaker | Florida Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | Tel: (850) 414-3300<br>Fax: (850) 410-2672<br>Email: henry.whitaker@myfloridalegal.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $_____<br>Amount Sought by Defendant: $_____<br>Awarded: $_____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☑ Permanent<br>☐ Granted<br>☑ Denied |

Page 2                                                                                                        11th Circuit Docket Number: 23-10459

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  Pennhurst State School & Hospital v. Halderman; Mt. Healthy City Bd. of Ed. v. Doyle
    (b) Citation  465 U.S. 89, 121 (1984); 429 U.S. 274 (1977)
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:




(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Among others, whether a federal court may order relief when a state officer violates both the First Amendment and state law; whether a defendant in a First Amendment retaliation action may prove the same-decision affirmative defense; whether a defendant may prove that affirmative defense on the basis of an imputed motivation that is itself illegitimate and illegal; whether an adverse employment action motivated by political considerations implicates the First Amendment.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  14  DAY OF  February , 2023 .

David O'Neil                                                                /S/ David O'Neil
NAME OF COUNSEL (Print)                                                     SIGNATURE OF COUNSEL