Case 4:22-cv-00302-RH-MAF   Document 159   Filed 03/02/23   Page 1 of 1
USCA11 Case: 23-10459   Document: 23   Date Filed: 03/03/2023   Page: 1 of 1

Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                          CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## ORDER STRIKING NONPARTY FILING

    Nonparty Michael LoRusso's "motion for copy of an order," ECF No. 157, is struck. As a member of the public, Mr. LoRusso may obtain electronic copies of orders over the internet and may obtain hard copies from the clerk of court upon payment of the clerk's standard fee. Mr. LoRusso is not a party and must file nothing further on the docket.

    SO ORDERED on March 2, 2023.

                                                     s/Robert L. Hinkle
                                                     United States District Judge