IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-10459-AA

_____

ANDREW H. WARREN,

                                                                       Plaintiff - Appellant,

versus

RON DESANTIS,
 Individually and in his Official Capacity as
 Governor of the State of Florida,

                                                                       Defendant - Appellee.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

ORDER:

      Appellant's "Motion to Expedite Appeal" is GRANTED. The Court DIRECTS the Clerk to expedite the appeal for merits disposition purposes. The Clerk is DIRECTED to place this appeal on the argument calendar for the week of May 1, 2023 in Montgomery, Alabama. The Court sets the following briefing schedule:

      Appellant's initial brief is due on March 13, 2023.

      Appellee's response brief is due on April 12, 2023.

      Appellant's reply brief, if any, is due on April 26, 2023.

                                                  /s/ Jill Pryor_____
                                                  UNITED STATES CIRCUIT JUDGE