IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-10459-V

_____

ANDREW H. WARREN,

                                            Plaintiff - Appellant,

versus

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

                                            Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

    Attorney JANE TIEN has submitted an appearance of counsel to appear in this appeal.

    Consistent with 11th Cir. R. 34-4(e), Attorney JANE TIEN is GRANTED leave to appear in this appeal.

                                                              DAVID J. SMITH
                                          Clerk of the United States Court of
                                          Appeals for the Eleventh Circuit

                                          ENTERED FOR THE COURT - BY DIRECTION