IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-10459-V

_____

ANDREW H. WARREN,

Plaintiff - Appellant,

versus

RON DESANTIS,
 Individually and in his Official Capacity as
 Governor of the State of Florida,

Defendant - Appellee.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

BY THE COURT:

Erwin Rosenberg's motion to reconsider the denial of his motion to intervene is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION