IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-10459-V

_____

ANDREW H. WARREN,

                                                          Plaintiff - Appellant,

versus

RON DESANTIS,
 Individually and in his Official Capacity as
 Governor of the State of Florida,

                                                          Defendant - Appellee.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

ORDER:

      The motion of the Florida Sheriffs Association, the Florida Police Chiefs Association, and the Florida Prosecuting Attorneys Association for leave to file their proposed brief as amici is GRANTED.

                                                          DAVID J. SMITH
                                      Clerk of the United States Court of
                                              Appeals for the Eleventh Circuit

                          ENTERED FOR THE COURT - BY DIRECTION