No. 23-10459

# In the United States Court of Appeals for the Eleventh Circuit

ANDREW WARREN,

*Plaintiff–Appellant,*

v.

RON DESANTIS,

*Defendant–Appellee.*

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 4:22-CV-00302-RH-MAF

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

ASHLEY MOODY
  *Attorney General of Florida*
HENRY WHITAKER
  *Solicitor General*
DANIEL BELL
JEFFREY PAUL DESOUSA
  *Chief Deputy Solicitors General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT S. SCHENCK
ZACHARY GROUEV
  *Solicitor General Fellows*

*Warren v. DeSantis*
*Eleventh Circuit Case No. 23-10459*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate Of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Zachary Grouev, respectfully request leave to withdraw as counsel for defendant-appellee, Ron DeSantis. I will be leaving the office of the attorney general in the coming weeks. The defendant-appellee will continue to be represented by Henry Whitaker, Daniel Bell, Jeffrey DeSousa, David Costello and Robert Schenck.

Dated: June 8, 2023                    Respectfully submitted,

        ASHLEY MOODY
        Attorney General

        */s/ Zachary P. Grouev*
        HENRY WHITAKER (FBN 1031175)
         *Solicitor General*
        DANIEL BELL (FBN 1016188)
        JEFFREY DESOUSA (FBN 110951)
         *Chief Deputy Solicitors General*
        DAVID COSTELLO (FBN 1004952)
         *Deputy Solicitor General*
        ROBERT S. SCHENCK (FBN 1044532)
        ZACHARY P. GROUEV (FBN 1038628)
         *Solicitor General Fellows*

        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        (850) 414-3681
        (850) 410-2672 (fax)
        *henry.whitaker@myfloridalegal.com*

        *Counsel for Defendant-Appellee*

## **CERTIFICATE OF SERVICE**

I certify that on June 8th, 2023, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Zachary P. Grouev*
Solicitor General Fellow
