23-10459

IN THE

# United States Court of Appeals

### FOR THE ELEVENTH CIRCUIT

◆◆◆

ANDREW H. WARREN,

*Plaintiff-Appellant,*

—v.—

RON DESANTIS, individually and
in his Official Capacity as Governor of the State of Florida,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

## MOTION TO WITHDRAW AS COUNSEL

DAVID A. O'NEIL
DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Avenue, N.W.,
Suite 500
Washington, DC 20004
(202) 383-8000
daoneil@debevoise.com

ALEXANDRA P. SWAIN
DEBEVOISE & PLIMPTON, LLP
650 California Street
San Francisco, California 94108
(415) 738-5700
apswain@debevoise.com

ANAGHA SUNDARARAJAN
SAMANTHA B. SINGH
MARISA L. PAGÁN-FIGUEROA
JANE TIEN
DEBEVOISE & PLIMPTON, LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
asundararajan@debevoise.com
sbsingh@debevoise.com
mlpaganfigueroa@debeovise.com
jtien@debevoise.com

DAVID B. SINGER
MATTHEW T. NEWTON
OLDER LUNDY KOCH & MARTINO
1000 West Cass Street
Tampa, Florida 33606
(813) 254-8998
dsinger@olderlundylaw.com
mnewton@olderlundylaw.com

JEAN-JACQUES CABOU
ALEXIS E. DANNEMAN
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 351-8000
jcabou@perkinscoie.com
adanneman@perkinscoie.com

*Attorneys for Plaintiff-Appellant*

*Warren v. DeSantis*
**Docket No. 23-10459**

# CERTIFICATE OF INTERESTED PARTIES

Pursuant to 11th Cir. 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Amended Certificate of Interested Persons contained in the Plaintiff-Appellant's reply brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Anagha Sundararajan, respectfully request leave to withdraw as counsel for Plaintiff-Appellant, Andrew H. Warren. I will be leaving the firm Debevoise & Plimpton, LLP in the coming days. The Plaintiff-Appellant will continue to be represented by David O'Neil, Alexandra Swain, Marisa Pagán-Figueroa, and Jane Tien of Debevoise & Plimpton LLP; David Singer and Matthew Newton of Older, Lundy, Koch & Martin; and Jean-Jaques Cabou and Alexis Danneman of Perkins Coie LLP.

Dated: July 13, 2023

David B. Singer
Matthew T. Newton
OLDER LUNDY KOCH & MARTINO
1000 West Cass Street
Tampa, Florida 33606
(813) 254-8998
dsinger@olderlundylaw.com
mnewton@olderlundylaw.com

Jean-Jacques Cabou
Alexis E. Danneman
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 351-8000
jcabou@perkinscoie.com
adanneman@perkinscoie.com

Respectfully submitted,

DAVID A. O'NEIL
Debevoise & Plimpton LLP

*/s/ Anagha Sundararajan*

David A. O'Neil
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave. NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Alexandra P. Swain
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
(415) 738-5700
apswain@debevoise.com

Anagha Sundararajan
Samantha B. Singh
Marisa L. Pagán-Figueroa
Jane Tien
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
asundararajan@debevoise.com
sbsingh@debevoise.com
mlpaganfigueroa@debevoise.com
jtien@debevoise.com

*Counsel for Plaintiff-Appellant
Andrew Warren*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2023, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Anagha Sundararajan*

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
