# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

                                                          Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

ORDER:

Appellant Andrew Warren has moved to expedite the issuance of the mandate. Appellee Ron DeSantis is ordered to file any response to the motion on or before January 17, 2024.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE