# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 23-10459

---

ANDREW H. WARREN,

                                                      Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as Governor of the State of Florida,

                                                      Defendant-Appellee.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

---

| 2 | Order of the Court | 23-10459 |

ORDER:

Appellant Andrew Warren has moved to expedite the issuance of the mandate. To the extent his motion seeks to shorten the time in which appellee Ron DeSantis must petition for panel rehearing or rehearing en banc, his motion is GRANTED. DeSantis must file any petition for panel rehearing or rehearing en banc on or before January 25, 2024.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE