**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No. __23-10459__

Andrew H. Warren vs. Ron DeSantis

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | 505.00 | |
| Appellant's Brief | | x | 65 | 9 | 585 | 146.25 | |
| Appendix | | x | 1283 | 6 | 7698 | 1924.50 | |
| Appellee's Brief | | - | - | - | - | - | |
| Reply Brief | | x | 39 | 9 | 351 | 87.75 | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. Please see Exhibit 1 attached | | | | | TOTAL | $ 2663.50 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/ David A. O'Neil      Date Signed: January 23, 2024

Attorney Name: David A. O'Neil      Attorney for: Andrew H. Warren
(Type or print your name)            (Type or print name of client)

E-mail: daoneil@debevoise.com        Phone: 202-383-8000

Street Address/City/State/Zip: 801 Pennsylvania Ave. N.W.
Washington, D.C. 20004

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____   By: _____   DATE: _____
                         Deputy Clerk

BOC Rev.: 6/17

# EXHIBIT 1

USCA11 Case: 23-10459 Document: 96 Date Filed: 01/23/2024 Page: 2 of 7

**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

January 23, 2024

DEBEVOISE & PLIMPTON, LLP
66 Hudson Boulevard
New York, New York 10001

Warren v DeSantis
Appellant's Brief, Appendix & Reply Brief
United States Court of Appeals - Eleventh Circuit

# ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 23-10459**

Appellant's Brief - (9 copies/65 pages)

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 585 | Printed 65 Text Pages x 9 Copies | $ 0.25 | 146.25 |
| 9 | Perfect Bound Books | $ 5.00 | 45.00 |
| | | SUB-TOTAL: | 316.25 |
| | | NYC SALES TAX: $ | 28.07 |

Appendix - (6 copies/1283 pages)

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 7698 | Printed 1283 Text Pages x 6 Copies | $ 0.25 | 1,924.50 |
| 6 | Perfect Bound Books | $ 5.00 | 30.00 |
| | | SUB-TOTAL: | 2,079.50 |
| | | NYC SALES TAX: $ | 184.56 |

Reply Brief - (9 copies/39 pages)

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | 125.00 |
| 351 | Printed 39 Text Pages x 9 Copies | $ 0.25 | 87.75 |
| 9 | Perfect Bound Books | $ 5.00 | 45.00 |
| | | SUB-TOTAL: | 257.75 |
| | | NYC SALES TAX: $ | 22.88 |
| | | **TOTAL:** | **$2,889.00** |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.

**RECORD PRESS, INC.**

229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



**BILL TO**

Robert A. Holmes Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY  10022-3916

**INVOICE #** 114200
**DATE** 03/31/2023
**DUE DATE** 04/15/2023
**TERMS** Net 15

| CAPTION | JOB # | REP |
|---|---|---|
| Warren v DeSantis | 94530/94534 | NMA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 11TH CIRCUIT COURT OF APPEALS | | | |
| Appellant's Brief & Appendix | | | |
| | | | |
| Brief - 10 Copies / 65 Pages | | | |
| (1st 3 Copies - Printing, Covers & Spiral Binding) | 1 | 233.50 | 233.50 |
| Additional copies | 7 | 40.00 | 280.00 |
| | | | |
| Appendix - 6 Copies / 1283 Pages | | | |
| (Includes Printing, Cover & Velo Binding) - 7 Volumes | 1,283 | 1.85 | 2,373.55 |
| Insert 45 Tabs x 6 Copies @ | 270 | 5.00 | 1,350.00 |
| | | Subtotal: | 4,237.05 |
| | | | |
| 10% Courtesy Discount | 4,237.05 | -0.10 | -423.71 |
| Paralegal Time | 3 | 150.00 | 450.00 |
| Court Filing Only | 1 | 90.00 | 90.00 |
| FedEx Shipment(s) | 4 | 202.51 | 810.04 |
| Pre-Paid Postage | 1 | 3.00 | 3.00 |

*PAID*

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

**BANK NAME:** Chase
**ACCOUNT NUMBER:** 903739951
**ABA/ROUTING NUMBER:** 021000021

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-invoice/

(American Express, Visa, MasterCard & Discover)

| | |
|---|---|
| SUBTOTAL | 5,166.38 |
| TAX (8.875%) | 458.52 |
| TOTAL | 5,624.90 |
| PAYMENT | 5,624.90 |
| BALANCE DUE | **$0.00** |

RECORD PRESS, INC.
TAX ID # 13-5654060

**RECORD PRESS, INC.**
229 West 36th Street
8th Floor
New York, NY  10018
dmisser@recordpress.com



**BILL TO**

Robert A. Holmes Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY  10022-3916

**INVOICE #** 114608
**DATE** 05/23/2023
**DUE DATE** 06/07/2023
**TERMS** Net 15

| CAPTION | JOB # | REP |
|---|---|---|
| Warren v DeSantis | 94535 | NMA |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 11TH CIRCUIT COURT OF APPEALS | | | |
| Reply Brief - 16 Copies / 39 Pages | | | |
| (1st 3 Copies - Printing, Covers & Spiral Binding) | 1 | 231.00 | 231.00 |
| Additional copies | 13 | 32.50 | 422.50 |
| Electronic Preparation and Review (per file) | 1 | 95.00 | 95.00 |
| | | Subtotal: | 748.50 |
| 10% Courtesy Discount | 748.50 | -0.10 | -74.85 |
| Court Filing Only | 1 | 90.00 | 90.00 |
| FedEx Shipment(s) | 4 | 50.53 | 202.12 |
| Pre-Paid Postage | 1 | 3.00 | 3.00 |

Our preferred method of payment is ACH/Wire transfer. Our banking details are provided below:

BANK NAME: Chase
ACCOUNT NUMBER: 903739951
ABA/ROUTING NUMBER: 021000021

| | |
|---|---|
| SUBTOTAL | 968.77 |
| TAX (8.875%) | 85.98 |
| TOTAL | 1,054.75 |
| PAYMENT | 1,054.75 |
| BALANCE DUE | **$0.00** |

We also accept payment via credit card at the following link:
https://recordpress.com/pay-your-invoice/

(American Express, Visa, MasterCard & Discover)

RECORD PRESS, INC.
TAX ID # 13-5654060

# EXHIBIT 2

USCA11 Case: 23-10459 Document: 96 Date Filed: 01/23/2024 Page: 6 of 7

## Singh, Samantha

| | |
|---|---|
| **From:** | Lugo, Johnny |
| **Sent:** | Tuesday, February 14, 2023 9:26 AM |
| **To:** | Lugo, Johnny |
| **Subject:** | FW: Pay.gov Payment Confirmation: FLORIDA NORTHERN DISTRICT COURT |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

95188-1001  Notice of Appeal

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, February 14, 2023 8:47 AM
To: Managing Attorneys Office <ManagingAttorneysOffice@debevoise.com>
Subject: Pay.gov Payment Confirmation: FLORIDA NORTHERN DISTRICT COURT


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Gates at 850-521-3704.

  Account Number: 5743592
  Court: FLORIDA NORTHERN DISTRICT COURT
  Amount: $505.00
  Tracking Id: AFLNDC-7695924
  Approval Code: 79195Q
  Card Number: ************6319
  Date/Time: 02/14/2023 08:47:17 ET

  Attorney Completing Transaction: David ONeil
  Attorney Phone: (202) 383-8000
  Attorney Email: daoneil@debevoise.com

1