# In the United States Court of Appeals for the Eleventh Circuit

ANDREW WARREN,
*Plaintiff-Appellant,*

v.

RON DESANTIS,
*Defendant-Appellee.*

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:22-cv-00302-RH-MAF

## OBJECTION TO APPELLANT'S VERIFIED BILL OF COSTS

ASHLEY MOODY
*Attorney General of Florida*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

*(Additional counsel on next page.)*

HENRY C. WHITAKER
*Solicitor General*
DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
*Chief Deputy Solicitors General*
DAVID M. COSTELLO
*Deputy Solicitor General*
ROBERT S. SCHENCK
*Assistant Solicitor General*

George T. Levesque
Jeff Aaron

GrayRobinson, P.A.
301 South Bronough Street
Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

*Counsel for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Defendant-Appellee certifies that, to the best of his knowledge, the following is a complete list of interested persons:

1. Aaron, Jeffrey M.,

2. Abel, Richard,

3. Albinson, Jeff,

4. Alfieri, Anthony,

5. Anstead, Harry Lee,

6. Arenella, Peter,

7. Austin, Jr., Roy L.,

8. Bailey, Andrew,

9. Bakkedahl, Tom,

10. Ball, David,

11. Ballard, Matthew J.,

12. Bandes, Susan,

13. Barakat, Charbel,

14. Barnett, Martha,

15. Bartlett, Bruce L.,

16. Basford, Larry,

17. Beltran, Michael P.,

18.  Bennett, Paul,

19.  Bentley III, A. Lee,

20.  Benza, Michael,

21.  Berkowitz, Herbert M.,

22.  Bernabe, Alberto,

23.  Bernstein, Anita,

24.  Bernstein, Lauren Jacobson,

25.  Bhabha, Ishan K.,

26.  Bilchik, Shay,

27.  Bondi, Pamela,

28.  Boone, Larry,

29.  Bowling, Bret,

30.  Boyd, Bobbi Jo,

31.  Boyer, Bruce,

32.  Brackney, Ph.D., RaShall,

33.  Brady, Scott,

34.  Brann, Joseph,

35.  Brewer, Jr., Robert,

36.  Bridge, Bobbe J.,

37.  Broderick, Katherine,

38.  Brodsky, Ed,

39.  Broussard, Robert L.,

40.  Buckler, Carol,

41.  Bueermann, Jim,

42.  Buhai, Sande,

43.  Bulman-Pozen, Jessica,

44.  Burbank, Chris,

45.  Burkoff, John,

46.  Burnele, Powell,

47.  Butterworth, Jr., Robert A.,

48.  Cabou, Jean-Jacques,

49.  Cabral, Andrea J.,

50.  Carlisle, Jay,

51.  Carr, Christopher M.,

52.  Casselman, Margo R.,

53.  Cassidy, Michael,

54.  Cerniglia, Christine,

55.  Chemerinsky, Erwin,

56.  Chin, Doug,

57.  Chin, Gabriel,

58.     Christine, Bobby,

59.     Christmas, Natalie,

60.     Clayton, Jerry,

61.     Cochran, Donald,

62.     Coker, Donna Kay,

63.     Colbert, Doug,

64.     Cole, Liz Ryan,

65.     Coleman, Russell,

66.     Colton, Bruce,

67.     Cooper, Benjamin,

68.     Corcoran, Anne,

69.     Costello, David M.,

70.     Cox, Brendan,

71.     Cummings, Scott,

72.     Danneman, Alexis E.,

73.     Davis, Angela,

74.     Deitch, Brittany,

75.     DeSantis, Ron,

76.     DeSousa, Jeffrey P.,

77.     Devereaux, Damon,

78.    Dillof, Anthony,

79.    Dressler, Joshua,

80.    Dunavant, Michael,

81.    Eaton, Jr., O.H.,

82.    Elliot, Chris,

83.    Emerson, Robert,

84.    Epstein, Jules,

85.    Evans, Robert Wayne,

86.    Ewing, Charles,

87.    Fagan, Jeffrey,

88.    Feldman, Heidi Li,

89.    Fields, Lazaro,

90.    Fields, Shawn,

91.    Fitch, Lynn,

92.    Fitzpatrick, Hon. Martin A.,

93.    Florida Sheriffs Association,

94.    Flowers, Roberta,

95.    Fox, Amira D.,

96.    Franklin, Neil,

97.    Freed, David,

98.    Freidin, Ellen,

99.    Furgeson, Jr., William Royal

100.    Galoob, Stephen,

101.    Gaiser, T. Elliot,

102.    Gamaldi, Joe,

103.    Garcetti, Gil,

104.    Garnett, Stan,

105.    Gentithes, Michael,

106.    Gertner, Nancy,

107.    Gladson, William,

108.    Godsoe, Cynthia,

109.    Goldstock, Ronald,

110.    Gossett, Christian,

111.    Graziano, Kristin,

112.    Green, Bruce A.,

113.    Greenbaum, Arthur,

114.    Griffin, Lissa,

115.    Griffin, Tim,

116.    Grodin, Joseph R.,

117.    Grosso, Catherine,

118. Grouev, Zachary P.,

119. Gundlach, Jennifer,

120. Haas, Brian,

121. Halle, Kris Anne,

122. Harris, David,

123. Harshbarger, Scott,

124. Hawkes, Paul,

125. Hellman, Lawrence,

126. Herdman, Justin,

127. Hessick, Carissa Byrne,

128. Hicks, Jason,

129. Hilgers, Michael T.,

130. Hill, Jerry,

131. Hinkle, Hon. Robert L.,

132. Hoag-Fordjour, Alexis,

133. Holder, Gregory Paul,

134. Howell, Babe,

135. Hull, Bryan David,

136. Hutchinson, Ed,

137. Hyde, Thomas,

138.  Jackley, Marty,

139.  Jaroslaw, Ilene,

140.  Joyal, Moe,

141.  Joyal, Ursula,

142.  Keller, Zachery, P.,

143.  Kelly, Charles B.,

144.  King, Adam,

145.  King, Brad,

146.  Knudsen, Austin,

147.  Kobach, Kris,

148.  Kobil, Daniel,

149.  Koerner, Matthew R.,

150.  Kollar, Justin F.,

151.  Kramer, Brian,

152.  Kronick, Katie,

153.  Kruse, Katherine R.,

154.  Larizza, R.J.,

155.  Lassar, Scott,

156.  Laurin, Jennifer,

157.  Lawson, Sara Alpert,

158.   Levens, William P.,

159.   Levenson, Laurie,

160.   Levesque, George T.,

161.   Levine, Kay,

162.   Lewis, Timothy K.,

163.   Listenbee, Robert L.,

164.   Little, Rory,

165.   Lopez, Maria Chapa,

166.   Lubet, Steven,

167.   Madden, Ginger Bowden,

168.   Madrid, Patricia A.,

169.   Margulies, Peter,

170.   Markovic, Milan,

171.   Marshall, Steve,

172.   Mather, Lynn,

173.   Matsuoka, Tania C.,

174.   McCollum, Bill,

175.   McFadden, Garry, L.

176.   McMunigal, Kevin,

177.   Medwed, Daniel,

178. Meggs, William N.,

179. Melton III, Howell Webster,

180. Menendez, Jr., Manuel,

181. Menkel-Meadow, Carrie,

182. Metzger, Pamela,

183. Millemann, Michael,

184. Miller, Eric,

185. Minkoff, Ronald,

186. Miyares, Jason,

187. Moore, Richard,

188. Morris, Chris,

189. Morrisey, Patrick,

190. Morrison, Caren Myers,

191. Murrill, Liz,

192. Needham, Carol,

193. Newborn, Steven A.,

194. Newton, Matthew T.,

195. Norton, Jerry,

196. Nunn, Kenneth,

197. O'Connor, Michol,

198. O'Neil, David A.,

199. O'Neill, Jerome,

200. O'Neill, Timothy,

201. Orenstein, Aviva Anne,

202. Ortiz, Carmen M.,

203. Ouziel, Lauren,

204. Pariente, Barbara,

205. Parsons, Ron,

206. Paxton, Ken,

207. Pearce, Russell,

208. Pearson, Melba,

209. Percival, III, James H.,

210. Perlin, Michael,

211. Phillips, Channing,

212. Podgor, Ellen S.,

213. Powell, Burnele

214. Pridgen, Abdul D.,

215. Quick, Albert T.,

216. Quick, Brenda,

217. Quince, Peggy,

218.  Rapoport, Nancy,

219.  Regalado, Vic,

220.  Reid, Teresa Jean,

221.  Reiner, Ira,

222.  Reyes, Sean D.,

223.  Ricardo, Kim D.,

224.  Robbins, Ira,

225.  Roberts, Jenny,

226.  Robertson, Andra,

227.  Robson, Ruthann,

228.  Rosen, Robert,

229.  Rosenthal, Stephen,

230.  Ross, Josephine,

231.  Rossman, David,

232.  Rozelle, Susan,

233.  Rudovsky, David,

234.  Safavi, Sherry,

235.  Saito, Natsu,

236.  Salcines, E.J.,

237.  Saltzburg, Stephen A.,

238.   Sammons, Jack,

239.   Schaefer, Paula,

240.   Scheindlin, Shira A.,

241.   Schenck, Robert S.

242.   Schnorrenberg, Sarah B,

243.   Scott, McGregor,

244.   Shores, R. Trent,

245.   Shorstein, Harry L.,

246.   Siegel, David,

247.   Singer, David B.,

248.   Singh, Samantha B.,

249.   Singleton, David A.,

250.   Sloan, Cliff,

251.   Smith, Abbe,

252.   Sonnett, Neal R.,

253.   Southerland, Vincent,

254.   Spagnoletti, Robert J.,

255.   Spitzer, Hugh D.,

256.   Stamper, Norm,

257.   Stempel, Jeff,

258. Stephens, Darrel,

259. Strait, John,

260. Strang, Dean,

261. Sullivan, Ron,

262. Suvall, Cara,

263. Swain, Alexandra P.,

264. Swan, Sarah L.,

265. Synan, Tom,

266. Tanaka, Elizabeth,

267. Tarr, G. Alan,

268. Tibbles, Lance,

269. Tierney, James,

270. Town, Jay,

271. Tremblay, Paul,

272. Tribe, Laurence H.,

273. Troy, Anthony F.,

274. Turner, Kevin,

275. Turner, Tim,

276. Unikowsky, Adam G.,

277. Unikowsky, Lauren Jacobson,

278.   Uphoff, Rodney,

279.   Vance, Cyrus R.,

280.   Varadi, Benjamin,

281.   Walsh, John,

282.   Ward, Dennis W.,

283.   Warren, Andrew H.,

284.   Warren, Jeffrey Wayne,

285.   Waurishuk, Jim,

286.   Waxman, Seth,

287.   Webb, Jeanne,

288.   Weich, Ronald,

289.   Weinberg, Jr., Morris,

290.   Weiss, Jonathan A.,

291.   West, Chris,

292.   Whitaker, Henry C.,

293.   Wilson, Alan,

294.   Wilson, Jodi,

295.   Woods, Jordan Blair,

296.   Wright, Ron,

297.   Wynbrandt, Kathryn L.,

298.   Yaroshefsky, Ellen,

299.   Zitrin, Richard

## OBJECTION TO APPELLANT'S
## VERIFIED BILL OF COSTS

Appellant Andrew Warren has filed his verified bill of costs. Because the district court's judgment was merely "vacated," an award of costs is not mandatory, but is "taxed only as the court orders." Fed. R. App. P. 39(a)(4); *Golden Door Jewelry Creations, Inc. v. Lloyds Underwriters Non-Marine Ass'n*, 117 F.3d 1328, 1340 (11th Cir. 1997).

The Court should decline to award costs here. In deciding whether to award costs, courts consider whether the appeal involved good-faith disputes over important, complex, and novel constitutional questions. *See ACLU of Ky. v. Grayson Cnty.*, 605 F.3d 426, 430 (6th Cir. 2010); *cf. also* 10 Charles Alan Wright, Arthur R. Miller, & Adam N. Steinman, *Federal Practice and Procedure* § 2668, Westlaw (4th ed.) (under analogous Federal Rule of Civil Procedure 54(d), proper considerations include whether "the losing party prosecuted the action in good faith" and "the issues presented were difficult, novel, or complex"). Where that is the case, an award of costs is inappropriate. *See Rural Hous. All. v. U.S. Dep't of Agric.*, 511 F.2d 1347, 1349 (D.C. Cir. 1974) (Bazelon, C.J., concurring).

This case fits those criteria. It presented nuanced constitutional questions of sweeping importance, including whether the government-speech doctrine applies to elected officials, Op.25–33, 33 n.7; Ans.Br.35–43; whether elected prosecutors fall within the policymaker exception to the First Amendment's proscription on political-affiliation retaliation, Op.39–40; Ans.Br.45–50; whether "statements of future conduct"

are invariably protected speech, Op.40–42; Ans.Br.44–45; and whether Warren was required to prove that the Governor lacked probable cause to suspend him, Op.45–48; Ans.Br.26–34. The panel determined that several of the questions presented were matters of first impression in this Circuit, Op.27, 39–42, and many courts have diverged on how to resolve them, *see* Pet. for Reh'g En Banc 9–11, 14–15. The case also came to this Court after a three-day bench trial and a 59-page trial court order, in which the district court made detailed factual findings that the Governor defended on appeal under the deferential clear-error standard. *See* Fed. R. Civ. P. 52(a)(6); Ans.Br.13. The result was a panel decision including multiple opinions spanning 59 pages, more than eight months after oral argument. Nor are proceedings even finished: The Governor has petitioned for rehearing en banc, and he stands ready to present these issues to the Supreme Court if necessary.

The circumstances, in short, refute any notion that this was a frivolous or one-sided dispute. This appeal instead was litigated in good faith. The Court should not penalize the Governor for fully defending the district court's reasoned judgment or for using the law of several other circuits to persuade this Court on numerous issues of first impression. *See Rural Hous. All.*, 511 F.2d at 1350 (Bazelon, C.J., concurring) (a court should "exercise its discretion in a way which will not discourage representatives of divergent aspects of the public good from pursuing their claims in court").

The request for costs should be denied.

Dated: February 5, 2024

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

GEORGE T. LEVESQUE
JEFF AARON

GrayRobinson, P.A.
301 South Bronough Street, Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

*Counsel for Defendant-Appellee*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
  *Chief Deputy Solicitors General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT SCOTT SCHENCK
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

**CERTIFICATE OF COMPLIANCE**

1.     This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 501 words.

2.     This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on February 5, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General