No. 23-10459

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ANDREW WARREN,

*Plaintiff-Appellant*,

v.

RON DESANTIS,

*Defendant-Appellee.*

Appeal from the United States District Court
for the Northern District of Florida
No. 4:22-cv-302-RH-MAF

## PLAINTIFF-APPELLANT'S MOTION TO EXPEDITE CONSIDERATION OF APPELLEE'S REHEARING PETITION

David A. O'Neil
DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Samantha B. Singh
Marisa L. Pagán-Figueroa
Jane Tien
DEBEVOISE & PLIMPTON, LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
sbsingh@debevoise.com
mlpaganfigueroa@debeovise.com
jtien@debevoise.com

Jean-Jacques Cabou
Alexis E. Danneman
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 351-8000
JCabou@perkinscoie.com
ADanneman@perkinscoie.com

David B. Singer
Matthew T. Newton
OLDER LUNDY KOCH & MARTINO
1000 W. Cass St.
Tampa, FL 33606
(813) 254-8998
dsinger@olderlundylaw.com
mnewton@olderlundylaw.com

*Counsel for Plaintiff-Appellant Andrew Warren*

# CERTIFICATE OF INTERESTED PERSONS

Plaintiff-Appellant certifies that the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1:

1. Aaron, Jeffrey M., *Attorney for Defendant-Appellee*

2. Allen, Norton & Blue, P.A., *Attorneys for Amicus Curiae*

3. Araiza, William, *Amicus Curiae*

4. Bailey, Andrew, *Amicus Curiae*

5. Cabou, Jean-Jacques, *Attorney for Plaintiff-Appellant*

6. Calvert, Clay, *Amicus Curiae*

7. Cameron, Daniel, *Amicus Curiae*

8. Carr, Christopher M., *Amicus Curiae*

9. Casselman, Margo R., *Attorney for Plaintiff-Appellant*

10. Chemerinsky, Erwin, *Amicus Curiae*

11. Christmas, Natalie, *Attorney for Defendant-Appellee*

12. Costello, David M., *Attorney for Defendant-Appellee*

13. Danneman, Alexis, *Attorney for Plaintiff-Appellant*

14. Debevoise & Plimpton, *LLP, Attorneys for Plaintiff-Appellant*

15. DeSantis, Ron, *Defendant-Appellee*

16. DeSousa, Jeffrey P., *Attorney for Defendant-Appellee*

17. Evans, Robert Wayne, *Attorney for Amicus Curiae*

18. Fitch, Lynn, *Amicus Curiae*

19. Florida Office of the Attorney General, *Attorneys for Defendant-Appellee*

20. Florida Police Chiefs Association, *Amicus Curiae*

21. Florida Prosecuting Attorneys Association, *Amicus Curiae*

22. Florida Sheriffs Association, *Amicus Curiae*

23. Flowers, Benjamin M., *Amicus Curiae*

24. Gaiser, T. Elliot, *Attorney for Amicus Curiae*

25. Gilles, Susan M., *Amicus Curiae*

26. Gray Robinson, P.A., *Attorneys for Defendant-Appellee*

27. Griffin, Tim, *Amicus Curiae*

28. Grouev, Zachary, *Attorney for Defendant-Appellee*

29. Hilgers, Michael T., *Amicus Curiae*

30. Hinkle, Robert L., *District Court Judge*

31. Hufford, Axel J., *Attorney for Amicus Curiae*

32. Jackley, Marty, *Amicus Curiae*

33. Jacobs, Arthur Ivan, *Attorney for Amicus Curiae*

34. Jenner & Block LLP, *Attorneys for Amicus Curiae*

35. Keller, Zachery P., *Amicus Curiae*

36.   Knudsen, Austin, *Amicus Curiae*

37.   Kobil, Daniel T., *Amicus Curiae*

38.   Lagos, Benjamin M., *Attorney for Amicus Curiae*

39.   Lakier, Genevieve, *Amicus Curiae*

40.   Landry, Jeff, *Amicus Curiae*

41.   Levesque, George T., *Attorney for Defendant-Appellee*

42.   Li, Yao, *Attorney for Amicus Curiae*

43.   Lopez, Susan, *Interested party*

44.   Marsey, John David, *Attorney for Amicus Curiae*

45.   Marshall, Steve, *Amicus Curiae*

46.   Massaro, Toni M., *Amicus Curiae*

47.   Moody, Ashley, *Attorney for Defendant-Appellee*

48.   Morrisey, Patrick, *Amicus Curiae*

49.   Newton, Matthew T., *Attorney for Plaintiff-Appellant*

50.   Niehoff, Leonard M., *Amicus Curiae*

51.   Older, Lundy, Koch & Martino, *Attorneys for Plaintiff-Appellant*

52.   O'Neil, David A., *Attorney for Plaintiff-Appellant*

53.   Pagan-Figueroa, Marisa L., *Attorney for Plaintiff-Appellant*

54.   Paxton, Ken, *Amicus Curiae*

55.   Percival, James H., *Attorney for Defendant-Appellee*

56. Perkins Coie LLP, *Attorneys for Plaintiff-Appellant*

57. Public Rights Project, *Amicus Curiae*

58. Reyes, Sean D., *Amicus Curiae*

59. Rosenthal, Joshua, *Attorney for Amicus Curiae*

60. Rumberger Kirk & Caldwell, P.A., *Attorney for Amicus Curiae*

61. Schenck, Robert S., *Attorney for Defendant-Appellee*

62. Singer, David B., *Attorney for Plaintiff-Appellant*

63. Singh, Samantha B., *Attorney for Plaintiff-Appellant*

64. Tien, Jane, *Attorney for Plaintiff-Appellant*

65. Torres-Spelliscy, Ciara, *Amicus Curiae*

66. Turret, Erica S., *Attorney for Amicus Curiae*

67. Unikowsky, *Adam G., Attorney for Amicus Curiae*

68. Warren, Andrew, *Plaintiff-Appellant*

69. Whitaker, Henry C., *Attorney for Defendant-Appellee*

70. Wilson, Alan, *Amicus Curiae*

71. Wynbrandt, Kathryn L., *Attorney for Amici*

72. Yost, Dave, *Amicus Curiae*

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

| | |
|---|---|
| Dated: February 26, 2024 | **DEBEVOISE & PLIMPTON LLP** |
| | <u>*/s/ David A. O'Neil*</u> |
| | David A. O'Neil<br>801 Pennsylvania Ave. NW, Suite 500<br>Washington, D.C. 20004<br>(202) 383-8000<br>daoneil@debevoise.com |
| | *Counsel for Plaintiff-Appellant<br>Andrew Warren* |

# TABLE OF CONTENTS

ARGUMENT ..................................................................................................1

CONCLUSION ..............................................................................................3

# TABLE OF AUTHORITIES

**Other Authorities**

Fla. Stat. § 99.061(8) ................................................................................2

# MOTION TO EXPEDITE CONSIDERATION OF APPELLEE'S REHEARING PETITION

For the reasons set forth in this Motion, Plaintiff-Appellant, Andrew H. Warren, moves pursuant to Federal Rule of Appellate Procedure 27 to renew his motion to expedite consideration of Governor DeSantis's petition for rehearing *en banc* filed on January 25, 2024, *see* Dkt. 98, and to issue the mandate immediately once the petition is adjudicated.

# ARGUMENT

This Court granted Mr. Warren's motion to expedite this appeal (from an expedited bench trial) on March 8, 2023. *See* Dkt. 24. The same day that this Court issued its initial opinion on January 10, 2024, Mr. Warren requested that the Court expedite the issuance of its mandate. *See* Dkt. 87 (*vacated, and substituted by* Dkt. 89-1 opinion issued on January 11, 2024). This Court ordered a response from Governor DeSantis within five days and then ordered Governor DeSantis to file a petition for a rehearing *en banc* on an expedited basis. *See* Dkt. 92; *see also* Dkt. 95. According to the docket, a single judge of this Court has ordered the withholding of the issuance of the mandate. *See* Dkt. 103-2.

Through this renewed motion, Mr. Warren respectfully brings to the attention of this Court certain facts that counsel strongly in favor of issuing the mandate as quickly as possible. In particular, Florida law requires that Mr. Warren file his candidacy paperwork for State Attorney by April 26, 2024. *See* Fla. Stat.

§ 99.061(8) (2023); *Qualifying Information*, FLA. DEP'T OF STATE: FLORIDA DIVISION OF ELECTIONS (Feb. 15, 2024), https://dos.fl.gov/elections/candidates-committees/qualifying/. As Mr. Warren explained in his first motion to expedite proceedings before this Court (Dkt. 24), resolution of this case impacts the electoral process and the choices of millions of Floridian voters. *See* Dkt. 3 at 18 ("Any unnecessary delay in resolving this case prolongs the uncertainty concerning, as well as the public's confidence in, the legal force accorded to the outcome of those elections."). Indeed, just two days before this Court issued its January 10 decision, Mr. Warren announced that he would not run for reelection because Governor "DeSantis 'could suspend [Mr. Warren] again for whatever reason he want[s]" unless and until the Governor's current illegal suspension is remedied. Kathryn Varn, *Andrew Warren, Tampa Prosecutor Ousted by Desantis, Will Not Run Again*, AXIOS TAMPA BAY (Jan. 8, 2024), https://www.axios.com/local/tampa-bay/2024/01/08/andrew-warren-reelection-ron-desantis-florida-prosecutor.

Mr. Warren may revisit his decision whether to run for State Attorney in light of the panel's ruling on January 11, 2024. Dkt. 89-1. His decision whether to seek reelection will ultimately impact the decisions of many other candidates considering whether to run for that office. And more broadly, the district court's decision on remand will provide critical guidance to other candidates running for public office across Florida about whether Governor DeSantis may nullify the results of an

election on the grounds the Governor has cited. Ultimately, the resolution of Mr. Warren's case will determine for such candidates whether the time and resources of running for elected office are worthwhile. *See, e.g.,* Steve Newborn, *Stetson Professor Calls Andrew Warren's Suspension a 'Rule of Politics' Instead of a Rule of Law*, WUSF (Aug. 15, 2022), https://www.wusf.org/politics-issues/2022-08-15/stetson-professor-andrew-warren-suspension-rule-of-politics-instead-rule-of-law ("[The suspension was] intended to create a chilling effect . . . . I think it's an exercise of power by the governor to send a message."); *see also* Dkt. 3 at 20 ("Unless and until this Court invalidates the suspension, elected officials who hold views unpopular with the Governor will inevitably refrain from, or at least pause before, speaking their minds [or running for office].").

The public interest in expeditious resolution of this petition for rehearing *en banc* is therefore pronounced and pressing. Mr. Warren respectfully requests that the Court direct that the mandate issue immediately once the *en banc* rehearing petition has been denied, even if one or more opinions regarding that determination may follow at a later date.

## CONCLUSION

Mr. Warren has only until April 26, 2024 to file as a candidate for State Attorney—just two months from the date of this filing. The district court's decision on remand will determine whether his candidacy (and that of many other aspiring

officeholders) is worthwhile.  Mr. Warren respectfully requests that the Court issue the mandate in order to permit the district court proceedings to commence.

Dated: February 26, 2024

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

*/s/ David A. O'Neil*

David A. O'Neil
801 Pennsylvania Ave. NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Counsel for Plaintiff-Appellant
Andrew Warren*

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This brief complies with the type-volume limitation of Rule 27(d)(2)(a) of the Federal Rules of Appellate Procedure because it contains approximately 706 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14-point Times New Roman font.

Date: February 26, 2024

**DEBEVOISE & PLIMPTON LLP**

/s/ *David A. O'Neil*

David A. O'Neil

801 Pennsylvania Ave. NW,
Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

*Counsel for Plaintiff-Appellant Andrew Warren*

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, the foregoing document was filed with the Clerk of the United States Court of Appeals for the Eleventh Circuit via the Court's electronic filing system and served on all counsel of record via CM/ECF.

Date: February 26, 2024

                                        **DEBEVOISE & PLIMPTON LLP**

                                        <u>/s/ *David A. O'Neil*</u>

                                        David A. O'Neil

                                        801 Pennsylvania Ave. NW,
                                        Suite 500
                                        Washington, D.C. 20004
                                        (202) 383-8000
                                        daoneil@debevoise.com

                                        *Counsel for Plaintiff-Appellant*
                                            *Andrew Warren*