# In the United States Court of Appeals for the Eleventh Circuit

ANDREW WARREN,
*Plaintiff-Appellant,*

v.

RON DESANTIS,
*Defendant-Appellee.*

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:22-cv-00302-RH-MAF

## RESPONSE IN OPPOSITION TO MOTION TO EXPEDITE CONSIDERATION OF APPELLEE'S REHEARING MOTION

ASHLEY MOODY
*Attorney General of Florida*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

*(Additional counsel on next page.)*

HENRY C. WHITAKER
*Solicitor General*
DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
*Chief Deputy Solicitors General*
DAVID M. COSTELLO
*Deputy Solicitor General*
ROBERT S. SCHENCK
*Assistant Solicitor General*

GEORGE T. LEVESQUE
JEFF AARON

GrayRobinson, P.A.
301 South Bronough Street
Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

*Counsel for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Defendant-Appellee certifies that, to the best of his knowledge, the following is a complete list of interested persons:

1. Aaron, Jeffrey M.,

2. Abel, Richard,

3. Albinson, Jeff,

4. Alfieri, Anthony,

5. Anstead, Harry Lee,

6. Arenella, Peter,

7. Austin, Jr., Roy L.,

8. Bailey, Andrew,

9. Bakkedahl, Tom,

10. Ball, David,

11. Ballard, Matthew J.,

12. Bandes, Susan,

13. Barakat, Charbel,

14. Barnett, Martha,

15. Bartlett, Bruce L.,

16. Basford, Larry,

17. Beltran, Michael P.,

18.     Bennett, Paul,

19.     Bentley III, A. Lee,

20.     Benza, Michael,

21.     Berkowitz, Herbert M.,

22.     Bernabe, Alberto,

23.     Bernstein, Anita,

24.     Bernstein, Lauren Jacobson,

25.     Bhabha, Ishan K.,

26.     Bilchik, Shay,

27.     Bondi, Pamela,

28.     Boone, Larry,

29.     Bowling, Bret,

30.     Boyd, Bobbi Jo,

31.     Boyer, Bruce,

32.     Brackney, Ph.D., RaShall,

33.     Brady, Scott,

34.     Brann, Joseph,

35.     Brewer, Jr., Robert,

36.     Bridge, Bobbe J.,

37.     Broderick, Katherine,

38.    Brodsky, Ed,

39.    Broussard, Robert L.,

40.    Buckler, Carol,

41.    Bueermann, Jim,

42.    Buhai, Sande,

43.    Bulman-Pozen, Jessica,

44.    Burbank, Chris,

45.    Burkoff, John,

46.    Burnele, Powell,

47.    Butterworth, Jr., Robert A.,

48.    Cabou, Jean-Jacques,

49.    Cabral, Andrea J.,

50.    Carlisle, Jay,

51.    Carr, Christopher M.,

52.    Casselman, Margo R.,

53.    Cassidy, Michael,

54.    Cerniglia, Christine,

55.    Chemerinsky, Erwin,

56.    Chin, Doug,

57.    Chin, Gabriel,

58. Christine, Bobby,

59. Christmas, Natalie,

60. Clayton, Jerry,

61. Cochran, Donald,

62. Coker, Donna Kay,

63. Colbert, Doug,

64. Cole, Liz Ryan,

65. Coleman, Russell,

66. Colton, Bruce,

67. Cooper, Benjamin,

68. Corcoran, Anne,

69. Costello, David M.,

70. Cox, Brendan,

71. Cummings, Scott,

72. Danneman, Alexis E.,

73. Davis, Angela,

74. Deitch, Brittany,

75. DeSantis, Ron,

76. DeSousa, Jeffrey P.,

77. Devereaux, Damon,

78.     Dillof, Anthony,

79.     Dressler, Joshua,

80.     Dunavant, Michael,

81.     Eaton, Jr., O.H.,

82.     Elliot, Chris,

83.     Emerson, Robert,

84.     Epstein, Jules,

85.     Evans, Robert Wayne,

86.     Ewing, Charles,

87.     Fagan, Jeffrey,

88.     Feldman, Heidi Li,

89.     Fields, Lazaro,

90.     Fields, Shawn,

91.     Fitch, Lynn,

92.     Fitzpatrick, Hon. Martin A.,

93.     Florida Sheriffs Association,

94.     Flowers, Roberta,

95.     Fox, Amira D.,

96.     Franklin, Neil,

97.     Freed, David,

98.    Freidin, Ellen,

99.    Furgeson, Jr., William Royal

100.   Galoob, Stephen,

101.   Gaiser, T. Elliot,

102.   Gamaldi, Joe,

103.   Garcetti, Gil,

104.   Garnett, Stan,

105.   Gentithes, Michael,

106.   Gertner, Nancy,

107.   Gladson, William,

108.   Godsoe, Cynthia,

109.   Goldstock, Ronald,

110.   Gossett, Christian,

111.   Graziano, Kristin,

112.   Green, Bruce A.,

113.   Greenbaum, Arthur,

114.   Griffin, Lissa,

115.   Griffin, Tim,

116.   Grodin, Joseph R.,

117.   Grosso, Catherine,

118. Grouev, Zachary P.,

119. Gundlach, Jennifer,

120. Haas, Brian,

121. Halle, Kris Anne,

122. Harris, David,

123. Harshbarger, Scott,

124. Hawkes, Paul,

125. Hellman, Lawrence,

126. Herdman, Justin,

127. Hessick, Carissa Byrne,

128. Hicks, Jason,

129. Hilgers, Michael T.,

130. Hill, Jerry,

131. Hinkle, Hon. Robert L.,

132. Hoag-Fordjour, Alexis,

133. Holder, Gregory Paul,

134. Howell, Babe,

135. Hull, Bryan David,

136. Hutchinson, Ed,

137. Hyde, Thomas,

138. Jackley, Marty,

139. Jaroslaw, Ilene,

140. Joyal, Moe,

141. Joyal, Ursula,

142. Keller, Zachery, P.,

143. Kelly, Charles B.,

144. King, Adam,

145. King, Brad,

146. Knudsen, Austin,

147. Kobach, Kris,

148. Kobil, Daniel,

149. Koerner, Matthew R.,

150. Kollar, Justin F.,

151. Kramer, Brian,

152. Kronick, Katie,

153. Kruse, Katherine R.,

154. Larizza, R.J.,

155. Lassar, Scott,

156. Laurin, Jennifer,

157. Lawson, Sara Alpert,

158.   Levens, William P.,

159.   Levenson, Laurie,

160.   Levesque, George T.,

161.   Levine, Kay,

162.   Lewis, Timothy K.,

163.   Listenbee, Robert L.,

164.   Little, Rory,

165.   Lopez, Maria Chapa,

166.   Lubet, Steven,

167.   Madden, Ginger Bowden,

168.   Madrid, Patricia A.,

169.   Margulies, Peter,

170.   Markovic, Milan,

171.   Marshall, Steve,

172.   Mather, Lynn,

173.   Matsuoka, Tania C.,

174.   McCollum, Bill,

175.   McFadden, Garry, L.

176.   McMunigal, Kevin,

177.   Medwed, Daniel,

178. Meggs, William N.,

179. Melton III, Howell Webster,

180. Menendez, Jr., Manuel,

181. Menkel-Meadow, Carrie,

182. Metzger, Pamela,

183. Millemann, Michael,

184. Miller, Eric,

185. Minkoff, Ronald,

186. Miyares, Jason,

187. Moore, Richard,

188. Morris, Chris,

189. Morrisey, Patrick,

190. Morrison, Caren Myers,

191. Murrill, Liz,

192. Needham, Carol,

193. Newborn, Steven A.,

194. Newton, Matthew T.,

195. Norton, Jerry,

196. Nunn, Kenneth,

197. O'Connor, Michol,

198.  O'Neil, David A.,

199.  O'Neill, Jerome,

200.  O'Neill, Timothy,

201.  Orenstein, Aviva Anne,

202.  Ortiz, Carmen M.,

203.  Ouziel, Lauren,

204.  Pariente, Barbara,

205.  Parsons, Ron,

206.  Paxton, Ken,

207.  Pearce, Russell,

208.  Pearson, Melba,

209.  Percival, III, James H.,

210.  Perlin, Michael,

211.  Phillips, Channing,

212.  Podgor, Ellen S.,

213.  Powell, Burnele

214.  Pridgen, Abdul D.,

215.  Quick, Albert T.,

216.  Quick, Brenda,

217.  Quince, Peggy,

218. Rapoport, Nancy,

219. Regalado, Vic,

220. Reid, Teresa Jean,

221. Reiner, Ira,

222. Reyes, Sean D.,

223. Ricardo, Kim D.,

224. Robbins, Ira,

225. Roberts, Jenny,

226. Robertson, Andra,

227. Robson, Ruthann,

228. Rosen, Robert,

229. Rosenthal, Stephen,

230. Ross, Josephine,

231. Rossman, David,

232. Rozelle, Susan,

233. Rudovsky, David,

234. Safavi, Sherry,

235. Saito, Natsu,

236. Salcines, E.J.,

237. Saltzburg, Stephen A.,

238.    Sammons, Jack,

239.    Schaefer, Paula,

240.    Scheindlin, Shira A.,

241.    Schenck, Robert S.

242.    Schnorrenberg, Sarah B,

243.    Scott, McGregor,

244.    Shores, R. Trent,

245.    Shorstein, Harry L.,

246.    Siegel, David,

247.    Singer, David B.,

248.    Singh, Samantha B.,

249.    Singleton, David A.,

250.    Sloan, Cliff,

251.    Smith, Abbe,

252.    Sonnett, Neal R.,

253.    Southerland, Vincent,

254.    Spagnoletti, Robert J.,

255.    Spitzer, Hugh D.,

256.    Stamper, Norm,

257.    Stempel, Jeff,

258.   Stephens, Darrel,

259.   Strait, John,

260.   Strang, Dean,

261.   Sullivan, Ron,

262.   Suvall, Cara,

263.   Swain, Alexandra P.,

264.   Swan, Sarah L.,

265.   Synan, Tom,

266.   Tanaka, Elizabeth,

267.   Tarr, G. Alan,

268.   Tibbles, Lance,

269.   Tierney, James,

270.   Town, Jay,

271.   Tremblay, Paul,

272.   Tribe, Laurence H.,

273.   Troy, Anthony F.,

274.   Turner, Kevin,

275.   Turner, Tim,

276.   Unikowsky, Adam G.,

277.   Unikowsky, Lauren Jacobson,

278.    Uphoff, Rodney,

279.    Vance, Cyrus R.,

280.    Varadi, Benjamin,

281.    Walsh, John,

282.    Ward, Dennis W.,

283.    Warren, Andrew H.,

284.    Warren, Jeffrey Wayne,

285.    Waurishuk, Jim,

286.    Waxman, Seth,

287.    Webb, Jeanne,

288.    Weich, Ronald,

289.    Weinberg, Jr., Morris,

290.    Weiss, Jonathan A.,

291.    West, Chris,

292.    Whitaker, Henry C.,

293.    Wilson, Alan,

294.    Wilson, Jodi,

295.    Woods, Jordan Blair,

296.    Wright, Ron,

297.    Wynbrandt, Kathryn L.,

298.   Yaroshefsky, Ellen,

299.   Zitrin, Richard

**RESPONSE TO MOTION TO EXPEDITE CONSIDERATION OF
APPELLEE'S REHEARING MOTION**

Yet again, Appellant Andrew Warren asks to speed up a case with sweeping implications for Florida's governmental structure. DE107 at 9. He not only asks for this Court to cut short its own consideration of the Governor's petition for en banc review, *id.*, but he also seeks the extraordinary relief of expediting issuance of this Court's mandate, even though this Court already denied that relief when Warren requested it in his first expedition motion, DE95.

The Court should deny Warren's motion on both fronts. As explained in the Governor's petition, there are substantial reasons to rehear this case en banc, DE93 at 18–21, and at least one judge of this Court has indicated that the panel's opinion merits closer scrutiny, DE103-2; *see also* Fed. R. App. P. 35(a). The Court should not cut short its en banc process, especially in a case with such significant implications for Florida's sovereignty and chosen process for disciplining wayward state officials.

Nor should the Court grant Warren's renewed bid to expedite issuance of the mandate. As the Governor explained in his first response, there are many reasons to allow the mandate process to proceed in the ordinary course, *see* DE93 at 18–24, including to permit the U.S. Supreme Court an opportunity to stay the mandate itself and to avoid throwing the Thirteenth Judicial Circuit's state attorney office into disarray. In response, Warren merely recycles his unexplained claim that he must have certainty in this appeal before he decides whether to run in the next election. *See* DE87 at 10;

DE107 at 9. But Warren can fully protect his right to run by filing before the April 26 qualification deadline. And the Court denied Warren's first expedition motion with full knowledge that candidate qualification was approaching. *See* DE87 at 10. Warren provides no compelling reason to revisit that ruling.

Finally, if the Court is inclined to expedite issuance of the mandate, it must first provide sufficient notice to the en banc Court. 11th Cir. R. 41-2.

The motion should be denied.

Dated: March 1, 2024

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*

GEORGE T. LEVESQUE
JEFF AARON

GrayRobinson, P.A.
301 South Bronough Street, Ste. 600
Tallahassee, FL 32302
(850) 577-9090
george.levesque@gray-robinson.com

*Counsel for Defendant-Appellee*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
JEFFREY PAUL DESOUSA
  *Chief Deputy Solicitors General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT SCOTT SCHENCK
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

1.      This document complies with Fed. R. App. P. 27(f)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 346 words.

2.      This document complies with the typeface and type-style requirements of Fed. R. App. P. 27, Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on March 1, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General