# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

                                                            Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

                                                            Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

ORDER:

In his complaint, Andrew Warren seeks injunctive and declaratory relief from Governor Ron DeSantis's order suspending Warren from his elected position as the state attorney for Florida's Thirteenth Judicial Circuit. In *Walton v. House of Representatives*, the United States Supreme Court held that "[a] court of equity has no jurisdiction over the appointment and removal of public officers; and particularly are the courts of the United States, sitting as courts of equity, without jurisdiction over the appointment and removal of state officers." 265 U.S. 487, 490 (1924) (internal citation omitted).

The parties are directed to submit supplemental briefs addressing the effect, if any, that *Walton* has on this Court's jurisdiction to hear Warren's case. In addition, the parties should address the impact, if any, of the Supreme Court's later decision in *Bond v. Floyd*, 385 U.S. 116 (1966) (reversing the denial of injunctive relief where the Georgia House of Representatives refused to seat a duly elected representative in violation of his First Amendment right to free expression).

Both briefs shall be filed within 10 days from the date of this order. The briefs shall be no longer than 15 pages. Counsel shall submit their briefs electronically and need not provide paper copies.

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION