# In the United States Court of Appeals for the Eleventh Circuit

---

ANDREW WARREN,
*Plaintiff-Appellant,*

v.

RON DESANTIS,
*Defendant-Appellee.*

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:22-cv-00302-RH-MAF

---

## RESPONSE IN OPPOSITION TO APPELLANT'S MOTION TO ISSUE THE MANDATE

---

ASHLEY MOODY
*Attorney General of Florida*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

*(Additional counsel on next page.)*

HENRY C. WHITAKER
*Solicitor General*
DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
*Chief Deputy Solicitors General*
DAVID M. COSTELLO
*Deputy Solicitor General*
ROBERT S. SCHENCK
*Assistant Solicitor General*

GEORGE T. LEVESQUE
JEFF AARON

GrayRobinson, P.A.
301 South Bronough Street
Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

*Counsel for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Defendant-Appellee certifies that, to the best of his knowledge, the following is a complete list of interested persons:

1. Aaron, Jeffrey M.,

2. Abel, Richard,

3. Albinson, Jeff,

4. Alfieri, Anthony,

5. Anstead, Harry Lee,

6. Arenella, Peter,

7. Austin, Jr., Roy L.,

8. Bailey, Andrew,

9. Bakkedahl, Tom,

10. Ball, David,

11. Ballard, Matthew J.,

12. Bandes, Susan,

13. Barakat, Charbel,

14. Barnett, Martha,

15. Bartlett, Bruce L.,

16. Basford, Larry,

17. Beltran, Michael P.,

18.    Bennett, Paul,

19.    Bentley III, A. Lee,

20.    Benza, Michael,

21.    Berkowitz, Herbert M.,

22.    Bernabe, Alberto,

23.    Bernstein, Anita,

24.    Bernstein, Lauren Jacobson,

25.    Bhabha, Ishan K.,

26.    Bilchik, Shay,

27.    Bondi, Pamela,

28.    Boone, Larry,

29.    Bowling, Bret,

30.    Boyd, Bobbi Jo,

31.    Boyer, Bruce,

32.    Brackney, Ph.D., RaShall,

33.    Brady, Scott,

34.    Brann, Joseph,

35.    Brewer, Jr., Robert,

36.    Bridge, Bobbe J.,

37.    Broderick, Katherine,

38.     Brodsky, Ed,

39.     Broussard, Robert L.,

40.     Buckler, Carol,

41.     Bueermann, Jim,

42.     Buhai, Sande,

43.     Bulman-Pozen, Jessica,

44.     Burbank, Chris,

45.     Burkoff, John,

46.     Burnele, Powell,

47.     Butterworth, Jr., Robert A.,

48.     Cabou, Jean-Jacques,

49.     Cabral, Andrea J.,

50.     Carlisle, Jay,

51.     Carr, Christopher M.,

52.     Casselman, Margo R.,

53.     Cassidy, Michael,

54.     Cerniglia, Christine,

55.     Chemerinsky, Erwin,

56.     Chin, Doug,

57.     Chin, Gabriel,

58.    Christine, Bobby,

59.    Christmas, Natalie,

60.    Clayton, Jerry,

61.    Cochran, Donald,

62.    Coker, Donna Kay,

63.    Colbert, Doug,

64.    Cole, Liz Ryan,

65.    Coleman, Russell,

66.    Colton, Bruce,

67.    Cooper, Benjamin,

68.    Corcoran, Anne,

69.    Costello, David M.,

70.    Cox, Brendan,

71.    Cummings, Scott,

72.    Danneman, Alexis E.,

73.    Davis, Angela,

74.    Deitch, Brittany,

75.    DeSantis, Ron,

76.    DeSousa, Jeffrey P.,

77.    Devereaux, Damon,

78.     Dillof, Anthony,

79.     Dressler, Joshua,

80.     Dunavant, Michael,

81.     Eaton, Jr., O.H.,

82.     Elliot, Chris,

83.     Emerson, Robert,

84.     Epstein, Jules,

85.     Evans, Robert Wayne,

86.     Ewing, Charles,

87.     Fagan, Jeffrey,

88.     Feldman, Heidi Li,

89.     Fields, Lazaro,

90.     Fields, Shawn,

91.     Fitch, Lynn,

92.     Fitzpatrick, Hon. Martin A.,

93.     Florida Sheriffs Association,

94.     Flowers, Roberta,

95.     Fox, Amira D.,

96.     Franklin, Neil,

97.     Freed, David,

98.     Freidin, Ellen,

99.     Furgeson, Jr., William Royal

100.    Galoob, Stephen,

101.    Gaiser, T. Elliot,

102.    Gamaldi, Joe,

103.    Garcetti, Gil,

104.    Garnett, Stan,

105.    Gentithes, Michael,

106.    Gertner, Nancy,

107.    Gladson, William,

108.    Godsoe, Cynthia,

109.    Goldstock, Ronald,

110.    Gossett, Christian,

111.    Graziano, Kristin,

112.    Green, Bruce A.,

113.    Greenbaum, Arthur,

114.    Griffin, Lissa,

115.    Griffin, Tim,

116.    Grodin, Joseph R.,

117.    Grosso, Catherine,

118.   Grouev, Zachary P.,

119.   Gundlach, Jennifer,

120.   Haas, Brian,

121.   Halle, Kris Anne,

122.   Harris, David,

123.   Harshbarger, Scott,

124.   Hawkes, Paul,

125.   Hellman, Lawrence,

126.   Herdman, Justin,

127.   Hessick, Carissa Byrne,

128.   Hicks, Jason,

129.   Hilgers, Michael T.,

130.   Hill, Jerry,

131.   Hinkle, Hon. Robert L.,

132.   Hoag-Fordjour, Alexis,

133.   Holder, Gregory Paul,

134.   Howell, Babe,

135.   Hull, Bryan David,

136.   Hutchinson, Ed,

137.   Hyde, Thomas,

138.  Jackley, Marty,

139.  Jaroslaw, Ilene,

140.  Joyal, Moe,

141.  Joyal, Ursula,

142.  Keller, Zachery, P.,

143.  Kelly, Charles B.,

144.  King, Adam,

145.  King, Brad,

146.  Knudsen, Austin,

147.  Kobach, Kris,

148.  Kobil, Daniel,

149.  Koerner, Matthew R.,

150.  Kollar, Justin F.,

151.  Kramer, Brian,

152.  Kronick, Katie,

153.  Kruse, Katherine R.,

154.  Larizza, R.J.,

155.  Lassar, Scott,

156.  Laurin, Jennifer,

157.  Lawson, Sara Alpert,

158.  Levens, William P.,

159.  Levenson, Laurie,

160.  Levesque, George T.,

161.  Levine, Kay,

162.  Lewis, Timothy K.,

163.  Listenbee, Robert L.,

164.  Little, Rory,

165.  Lopez, Maria Chapa,

166.  Lubet, Steven,

167.  Madden, Ginger Bowden,

168.  Madrid, Patricia A.,

169.  Margulies, Peter,

170.  Markovic, Milan,

171.  Marshall, Steve,

172.  Mather, Lynn,

173.  Matsuoka, Tania C.,

174.  McCollum, Bill,

175.  McFadden, Garry, L.

176.  McMunigal, Kevin,

177.  Medwed, Daniel,

178.    Meggs, William N.,

179.    Melton III, Howell Webster,

180.    Menendez, Jr., Manuel,

181.    Menkel-Meadow, Carrie,

182.    Metzger, Pamela,

183.    Millemann, Michael,

184.    Miller, Eric,

185.    Minkoff, Ronald,

186.    Miyares, Jason,

187.    Moore, Richard,

188.    Morris, Chris,

189.    Morrisey, Patrick,

190.    Morrison, Caren Myers,

191.    Murrill, Liz,

192.    Needham, Carol,

193.    Newborn, Steven A.,

194.    Newton, Matthew T.,

195.    Norton, Jerry,

196.    Nunn, Kenneth,

197.    O'Connor, Michol,

198. O'Neil, David A.,

199. O'Neill, Jerome,

200. O'Neill, Timothy,

201. Orenstein, Aviva Anne,

202. Ortiz, Carmen M.,

203. Ouziel, Lauren,

204. Pariente, Barbara,

205. Parsons, Ron,

206. Paxton, Ken,

207. Pearce, Russell,

208. Pearson, Melba,

209. Percival, III, James H.,

210. Perlin, Michael,

211. Phillips, Channing,

212. Podgor, Ellen S.,

213. Powell, Burnele

214. Pridgen, Abdul D.,

215. Quick, Albert T.,

216. Quick, Brenda,

217. Quince, Peggy,

218. Rapoport, Nancy,

219. Regalado, Vic,

220. Reid, Teresa Jean,

221. Reiner, Ira,

222. Reyes, Sean D.,

223. Ricardo, Kim D.,

224. Robbins, Ira,

225. Roberts, Jenny,

226. Robertson, Andra,

227. Robson, Ruthann,

228. Rosen, Robert,

229. Rosenthal, Stephen,

230. Ross, Josephine,

231. Rossman, David,

232. Rozelle, Susan,

233. Rudovsky, David,

234. Safavi, Sherry,

235. Saito, Natsu,

236. Salcines, E.J.,

237. Saltzburg, Stephen A.,

238.    Sammons, Jack,

239.    Schaefer, Paula,

240.    Scheindlin, Shira A.,

241.    Schenck, Robert S.

242.    Schnorrenberg, Sarah B,

243.    Scott, McGregor,

244.    Shores, R. Trent,

245.    Shorstein, Harry L.,

246.    Siegel, David,

247.    Singer, David B.,

248.    Singh, Samantha B.,

249.    Singleton, David A.,

250.    Sloan, Cliff,

251.    Smith, Abbe,

252.    Sonnett, Neal R.,

253.    Southerland, Vincent,

254.    Spagnoletti, Robert J.,

255.    Spitzer, Hugh D.,

256.    Stamper, Norm,

257.    Stempel, Jeff,

258. Stephens, Darrel,

259. Strait, John,

260. Strang, Dean,

261. Sullivan, Ron,

262. Suvall, Cara,

263. Swain, Alexandra P.,

264. Swan, Sarah L.,

265. Synan, Tom,

266. Tanaka, Elizabeth,

267. Tarr, G. Alan,

268. Tibbles, Lance,

269. Tierney, James,

270. Town, Jay,

271. Tremblay, Paul,

272. Tribe, Laurence H.,

273. Troy, Anthony F.,

274. Turner, Kevin,

275. Turner, Tim,

276. Unikowsky, Adam G.,

277. Unikowsky, Lauren Jacobson,

278.   Uphoff, Rodney,

279.   Vance, Cyrus R.,

280.   Varadi, Benjamin,

281.   Walsh, John,

282.   Ward, Dennis W.,

283.   Warren, Andrew H.,

284.   Warren, Jeffrey Wayne,

285.   Waurishuk, Jim,

286.   Waxman, Seth,

287.   Webb, Jeanne,

288.   Weich, Ronald,

289.   Weinberg, Jr., Morris,

290.   Weiss, Jonathan A.,

291.   West, Chris,

292.   Whitaker, Henry C.,

293.   Wilson, Alan,

294.   Wilson, Jodi,

295.   Woods, Jordan Blair,

296.   Wright, Ron,

297.   Wynbrandt, Kathryn L.,

298.   Yaroshefsky, Ellen,

299.   Zitrin, Richard

## RESPONSE IN OPPOSITION TO
## APPELLANT'S MOTION TO ISSUE THE MANDATE

Andrew Warren, for the third time in six months, asks this Court to issue its mandate, thus urging the Court, for reasons of his own, to rush a case to judgment with sweeping implications for Florida's governmental structure. DE114; DE107; DE87. Despite having no knowledge of the Court's internal deliberations, Warren declares the Court has had "more than enough reasonable time" to consider every aspect of the Governor's petition for en banc review (and the supplemental briefing this Court ordered). DE114 at 2. The passage of a few months, Warren tells us, "can only mean that the votes for *en banc* review do not exist." *Id.* at 3. It could not possibly mean, he assumes, that the judges of this Court are deliberating thoughtfully amongst themselves about the issues presented. That such speculative and presumptuous assertions ground his motion is reason enough to deny it, but there are many other reasons still why the third time is decidedly not the charm for his latest request.

As explained in the Governor's first response to Warren's mandate-expedition motion, there are substantial reasons to rehear this case en banc, DE93 at 1–4, and at least one judge of this Court has indicated that the panel's opinion merits closer scrutiny, DE103-2; *see also* Fed. R. App. P. 35(a). No matter which way the en banc Court rules, its measured consideration is appropriate, as this case presents several issues of public importance that far transcend Warren's personal interests. That includes defining the contours of the First Amendment, the government-speech doctrine, the equitable

1

authority of the federal courts, and the federalism implications of micromanaging states in regulating the harmful conduct of their own elected officers. DE93 at 1–4; DE112 at 1–2. That the Court has considered those issues for several months is no bug; it reflects the appellate process working as intended.

To the extent Warren revives his bid for the extraordinary relief of expediting issuance of the Court's mandate, DE114 at 1, this Court should once again deny that relief, DE95 (declining to award that relief previously). As the Governor has explained, there are many reasons to allow the mandate process to proceed in the ordinary course. *See* DE93 at 1–7. If the Court denies en banc review, for instance, the Governor intends to seek Supreme Court review and a stay of the mandate pending that review to avoid disrupting the Thirteenth Judicial Circuit's state attorney's office. The Governor should have full opportunity to pursue that course regardless of the outcome of the en banc process.

In response, Warren argues that "[t]here is no legitimate reason to continue withholding the mandate." DE114 at 3. But at least one judge of this Court disagrees. DE103. And while Warren is correct that this case is of "enormous public interest," DE114 at 3, that cuts against rushing the issuance of any mandate, which threatens only chaos in Hillsborough County if done before the appellate process has run its course. All said, Warren offers no compelling reason for this Court to revisit its denial of his first expedition motion. *See* DE87 at 2.

Finally, if the Court is inclined to expedite issuance of the mandate, it must first provide sufficient notice to the en banc Court. 11th Cir. R. 41-2.

The motion should be denied.

Dated: July 18, 2024

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*

GEORGE T. LEVESQUE
JEFF AARON

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
JEFFREY PAUL DESOUSA
  *Chief Deputy Solicitors General*
DAVID M. COSTELLO
  *Deputy Solicitor General*
ROBERT SCOTT SCHENCK
  *Assistant Solicitor General*

GrayRobinson, P.A.
301 South Bronough Street, Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

*Counsel for Defendant-Appellee*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

1.      This document complies with Fed. R. App. P. 27(f)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 560 words.

2.      This document complies with the typeface and type-style requirements of Fed. R. App. P. 27, Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Henry C. Whitaker*
Solicitor General


## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General