# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

                                                       Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

                                                       Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

ORDER:

The parties are directed to submit letter briefs addressing whether this case is moot or will become moot on the expiration of appellant Andrew Warren's term of office. *See McKinley v. Kaplan*, 262 F.3d 1146, 1148 n.3 (11th Cir. 2001).

Each brief should be no longer than ten double-spaced pages and should be submitted by 5:00 pm EST on December 3, 2024.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION