# In the United States Court of Appeals for the Eleventh Circuit

ANDREW WARREN,
*Plaintiff-Appellant,*

v.

RON DESANTIS,
*Defendant-Appellee.*

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
No. 4:22-cv-00302-RH-MAF

## MOTION TO WITHDRAW AS COUNSEL

ASHLEY MOODY
*Attorney General of Florida*

PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

*(Additional counsel on next page.)*

HENRY C. WHITAKER
*Solicitor General*
DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
*Chief Deputy Solicitors General*
DAVID M. COSTELLO
*Senior Deputy Solicitor General*
ROBERT S. SCHENCK
*Assistant Solicitor General*

GEORGE T. LEVESQUE
GrayRobinson, P.A.
301 South Bronough St.
Ste. 600
Tallahassee, FL 32302
(850) 577-9090
george.levesque@gray-robinson.com

JEFF AARON
DownsAaron, PLLC
200 S Orange Ave.
Ste. 2250
Orlando, FL 32801
(407) 349-3949
jeff.aaron@downsaaron.com

*Counsel for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Defendant-Appellee certifies that, to the best of his knowledge, the following is a complete list of interested persons:

1. Aaron, Jeffrey M.,

2. Abel, Richard,

3. Albinson, Jeff,

4. Alfieri, Anthony,

5. Anstead, Harry Lee,

6. Arenella, Peter,

7. Austin, Jr., Roy L.,

8. Bailey, Andrew,

9. Bakkedahl, Tom,

10. Ball, David,

11. Ballard, Matthew J.,

12. Bandes, Susan,

13. Barakat, Charbel,

14. Barnett, Martha,

15. Bartlett, Bruce L.,

16. Basford, Larry,

17. Beltran, Michael P.,

18.     Bennett, Paul,

19.     Bentley III, A. Lee,

20.     Benza, Michael,

21.     Berkowitz, Herbert M.,

22.     Bernabe, Alberto,

23.     Bernstein, Anita,

24.     Bernstein, Lauren Jacobson,

25.     Bhabha, Ishan K.,

26.     Bilchik, Shay,

27.     Bondi, Pamela,

28.     Boone, Larry,

29.     Bowling, Bret,

30.     Boyd, Bobbi Jo,

31.     Boyer, Bruce,

32.     Brackney, Ph.D., RaShall,

33.     Brady, Scott,

34.     Brann, Joseph,

35.     Brewer, Jr., Robert,

36.     Bridge, Bobbe J.,

37.     Broderick, Katherine,

38.     Brodsky, Ed,

39.     Broussard, Robert L.,

40.     Buckler, Carol,

41.     Bueermann, Jim,

42.     Buhai, Sande,

43.     Bulman-Pozen, Jessica,

44.     Burbank, Chris,

45.     Burkoff, John,

46.     Burnele, Powell,

47.     Butterworth, Jr., Robert A.,

48.     Cabou, Jean-Jacques,

49.     Cabral, Andrea J.,

50.     Carlisle, Jay,

51.     Carr, Christopher M.,

52.     Casselman, Margo R.,

53.     Cassidy, Michael,

54.     Cerniglia, Christine,

55.     Chemerinsky, Erwin,

56.     Chin, Doug,

57.     Chin, Gabriel,

58.    Christine, Bobby,

59.    Christmas, Natalie,

60.    Clayton, Jerry,

61.    Cochran, Donald,

62.    Coker, Donna Kay,

63.    Colbert, Doug,

64.    Cole, Liz Ryan,

65.    Coleman, Russell,

66.    Colton, Bruce,

67.    Cooper, Benjamin,

68.    Corcoran, Anne,

69.    Costello, David M.,

70.    Cox, Brendan,

71.    Cummings, Scott,

72.    Danneman, Alexis E.,

73.    Davis, Angela,

74.    Deitch, Brittany,

75.    DeSantis, Ron,

76.    DeSousa, Jeffrey P.,

77.    Devereaux, Damon,

78.     Dillof, Anthony,

79.     Dressler, Joshua,

80.     Dunavant, Michael,

81.     Eaton, Jr., O.H.,

82.     Elliot, Chris,

83.     Emerson, Robert,

84.     Epstein, Jules,

85.     Evans, Robert Wayne,

86.     Ewing, Charles,

87.     Fagan, Jeffrey,

88.     Feldman, Heidi Li,

89.     Fields, Lazaro,

90.     Fields, Shawn,

91.     Fitch, Lynn,

92.     Fitzpatrick, Hon. Martin A.,

93.     Florida Sheriffs Association,

94.     Flowers, Roberta,

95.     Fox, Amira D.,

96.     Franklin, Neil,

97.     Freed, David,

98.   Freidin, Ellen,

99.   Furgeson, Jr., William Royal

100.  Galoob, Stephen,

101.  Gaiser, T. Elliot,

102.  Gamaldi, Joe,

103.  Garcetti, Gil,

104.  Garnett, Stan,

105.  Gentithes, Michael,

106.  Gertner, Nancy,

107.  Gladson, William,

108.  Godsoe, Cynthia,

109.  Goldstock, Ronald,

110.  Gossett, Christian,

111.  Graziano, Kristin,

112.  Green, Bruce A.,

113.  Greenbaum, Arthur,

114.  Griffin, Lissa,

115.  Griffin, Tim,

116.  Grodin, Joseph R.,

117.  Grosso, Catherine,

118.   Grouev, Zachary P.,

119.   Gundlach, Jennifer,

120.   Haas, Brian,

121.   Halle, Kris Anne,

122.   Harris, David,

123.   Harshbarger, Scott,

124.   Hawkes, Paul,

125.   Hellman, Lawrence,

126.   Herdman, Justin,

127.   Hessick, Carissa Byrne,

128.   Hicks, Jason,

129.   Hilgers, Michael T.,

130.   Hill, Jerry,

131.   Hinkle, Hon. Robert L.,

132.   Hoag-Fordjour, Alexis,

133.   Holder, Gregory Paul,

134.   Howell, Babe,

135.   Hull, Bryan David,

136.   Hutchinson, Ed,

137.   Hyde, Thomas,

138.  Jackley, Marty,

139.  Jaroslaw, Ilene,

140.  Joyal, Moe,

141.  Joyal, Ursula,

142.  Keller, Zachery, P.,

143.  Kelly, Charles B.,

144.  King, Adam,

145.  King, Brad,

146.  Knudsen, Austin,

147.  Kobach, Kris,

148.  Kobil, Daniel,

149.  Koerner, Matthew R.,

150.  Kollar, Justin F.,

151.  Kramer, Brian,

152.  Kronick, Katie,

153.  Kruse, Katherine R.,

154.  Larizza, R.J.,

155.  Lassar, Scott,

156.  Laurin, Jennifer,

157.  Lawson, Sara Alpert,

158.  Levens, William P.,

159.  Levenson, Laurie,

160.  Levesque, George T.,

161.  Levine, Kay,

162.  Lewis, Timothy K.,

163.  Listenbee, Robert L.,

164.  Little, Rory,

165.  Lopez, Maria Chapa,

166.  Lubet, Steven,

167.  Madden, Ginger Bowden,

168.  Madrid, Patricia A.,

169.  Margulies, Peter,

170.  Markovic, Milan,

171.  Marshall, Steve,

172.  Mather, Lynn,

173.  Matsuoka, Tania C.,

174.  McCollum, Bill,

175.  McFadden, Garry, L.

176.  McMunigal, Kevin,

177.  Medwed, Daniel,

178.    Meggs, William N.,

179.    Melton III, Howell Webster,

180.    Menendez, Jr., Manuel,

181.    Menkel-Meadow, Carrie,

182.    Metzger, Pamela,

183.    Millemann, Michael,

184.    Miller, Eric,

185.    Minkoff, Ronald,

186.    Miyares, Jason,

187.    Moore, Richard,

188.    Morris, Chris,

189.    Morrisey, Patrick,

190.    Morrison, Caren Myers,

191.    Murrill, Liz,

192.    Needham, Carol,

193.    Newborn, Steven A.,

194.    Newton, Matthew T.,

195.    Norton, Jerry,

196.    Nunn, Kenneth,

197.    O'Connor, Michol,

198. O'Neil, David A.,

199. O'Neill, Jerome,

200. O'Neill, Timothy,

201. Orenstein, Aviva Anne,

202. Ortiz, Carmen M.,

203. Ouziel, Lauren,

204. Pariente, Barbara,

205. Parsons, Ron,

206. Paxton, Ken,

207. Pearce, Russell,

208. Pearson, Melba,

209. Percival, III, James H.,

210. Perlin, Michael,

211. Phillips, Channing,

212. Podgor, Ellen S.,

213. Powell, Burnele

214. Pridgen, Abdul D.,

215. Quick, Albert T.,

216. Quick, Brenda,

217. Quince, Peggy,

218.    Rapoport, Nancy,

219.    Regalado, Vic,

220.    Reid, Teresa Jean,

221.    Reiner, Ira,

222.    Reyes, Sean D.,

223.    Ricardo, Kim D.,

224.    Robbins, Ira,

225.    Roberts, Jenny,

226.    Robertson, Andra,

227.    Robson, Ruthann,

228.    Rosen, Robert,

229.    Rosenthal, Stephen,

230.    Ross, Josephine,

231.    Rossman, David,

232.    Rozelle, Susan,

233.    Rudovsky, David,

234.    Safavi, Sherry,

235.    Saito, Natsu,

236.    Salcines, E.J.,

237.    Saltzburg, Stephen A.,

238. Sammons, Jack,

239. Schaefer, Paula,

240. Scheindlin, Shira A.,

241. Schenck, Robert S.

242. Schnorrenberg, Sarah B,

243. Scott, McGregor,

244. Shores, R. Trent,

245. Shorstein, Harry L.,

246. Siegel, David,

247. Singer, David B.,

248. Singh, Samantha B.,

249. Singleton, David A.,

250. Sloan, Cliff,

251. Smith, Abbe,

252. Sonnett, Neal R.,

253. Southerland, Vincent,

254. Spagnoletti, Robert J.,

255. Spitzer, Hugh D.,

256. Stamper, Norm,

257. Stempel, Jeff,

258. Stephens, Darrel,

259. Strait, John,

260. Strang, Dean,

261. Sullivan, Ron,

262. Suvall, Cara,

263. Swain, Alexandra P.,

264. Swan, Sarah L.,

265. Synan, Tom,

266. Tanaka, Elizabeth,

267. Tarr, G. Alan,

268. Tibbles, Lance,

269. Tierney, James,

270. Town, Jay,

271. Tremblay, Paul,

272. Tribe, Laurence H.,

273. Troy, Anthony F.,

274. Turner, Kevin,

275. Turner, Tim,

276. Unikowsky, Adam G.,

277. Unikowsky, Lauren Jacobson,

278.   Uphoff, Rodney,

279.   Vance, Cyrus R.,

280.   Varadi, Benjamin,

281.   Walsh, John,

282.   Ward, Dennis W.,

283.   Warren, Andrew H.,

284.   Warren, Jeffrey Wayne,

285.   Waurishuk, Jim,

286.   Waxman, Seth,

287.   Webb, Jeanne,

288.   Weich, Ronald,

289.   Weinberg, Jr., Morris,

290.   Weiss, Jonathan A.,

291.   West, Chris,

292.   Whitaker, Henry C.,

293.   Wilson, Alan,

294.   Wilson, Jodi,

295.   Woods, Jordan Blair,

296.   Wright, Ron,

297.   Wynbrandt, Kathryn L.,

298.    Yaroshefsky, Ellen,

299.    Zitrin, Richard

## MOTION TO WITHDRAW AS COUNSEL

I, Henry C. Whitaker, respectfully request leave to withdraw as counsel for defendant-appellee, Governor Ron DeSantis. I will be leaving the Office of the Attorney General on January 16, 2025. The defendant-appellee will continue to be represented by Daniel Bell, Jeffrey DeSousa, David Costello, Robert Schenck, Jeff Aaron, and George Levesque.

Dated: January 16, 2025

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*

GEORGE T. LEVESQUE
GrayRobinson, P.A.
301 South Bronough St.
Ste. 600
Tallahassee, FL 32302
(850) 577-9090
*george.levesque@gray-robinson.com*

DANIEL WILLIAM BELL
JEFFREY PAUL DESOUSA
  *Chief Deputy Solicitors General*
DAVID M. COSTELLO
  *Senior Deputy Solicitor General*
ROBERT SCOTT SCHENCK
  *Assistant Solicitor General*

JEFF AARON
DownsAaron, PLLC
200 S Orange Ave.
Ste. 2250
Orlando, FL 32801
(407) 349-3949
*jeff.aaron@downsaaron.com*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300
*henry.whitaker@myfloridalegal.com*

*Counsel for Defendant-Appellee*

*Counsel for Defendant-Appellee*

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General